UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS


|  |  |  |
|---|---|---|
| LINDA A. COOK, INDIVIDUALLY AND | ) | Civil Action |
| AS EXECUTOR FOR THE ESTATE OF | ) | No. 21-11362-ADB |
| ROLAND COOK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| V. | ) | |
| | ) | |
| FOSTER WHEELER ENERGY | ) | |
| CORPORATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |


BEFORE THE HONORABLE ALLISON D. BURROUGHS
UNITED STATES DISTRICT JUDGE


JURY TRIAL DAY NINE

September 21, 2023
9:14 a.m.


John J. Moakley United States Courthouse
Courtroom No. 17
One Courthouse Way
Boston, Massachusetts  02210


Kelly Mortellite, RPR, RMR, CRR
Debra M. Joyce, RMR, FCRR
Official Court Reporters
One Courthouse Way, Room 3200
Boston, Massachusetts  02210
mortellite@gmail.com

APPEARANCES:

Counsel on behalf of Plaintiff:
Christopher P. Duffy
Duffy Law LLC
70 Washington Street, Suite 405
Salem, MA 01970
978-414-5714
duffy@cpduffylaw.com

Benjamin D. Braly
Aaron D. Chapman
Dean Omar Branham Shirley LLP
302 N. Market Street, Suite 300
Dallas, TX 75202
214-722-5990
bbraly@dobslegal.com

Counsel on behalf of Defendant Foster Wheeler:
Kristen R. Souza
Adler Pollock & Sheehan P.C.
175 Federal Street, 10th Floor
Boston, MA 02110
617-874-6238
ksouza@apslaw.com

John Fitzpatrick
Katherine Mercer-Lawson
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street
Denver, CO 80202
303-244-1892
fitzpatrick@wtotrial.com

CONTENTS

WITNESS                                                    PAGE

                                                            22
    Testimony of Mack Hamilton

    Testimony of Roland Cook                                47

LINDA COOK

    Direct Examination By Mr. Braly                        141
    Cross-Examination By Mr. Fitzpatrick                   160


    E X H I B I T S


Exhibit No.              Received


    None

1                    P R O C E E D I N G S

2             (The following proceedings were held in open court

3    before the Honorable Allison D. Burroughs, United States

4    District Judge, United States District Court, District of

5    Massachusetts, at the John J. Moakley United States Courthouse,

6    One Courthouse Way, Courtroom 17, Boston, Massachusetts, on

7    September 21, 2023.)

8    (Case called to order.)

9             THE COURT:  I only have 15 minutes.  I want to run

10   through a bunch of these.

11            So before you guys got here, I just talked to the

12   plaintiffs briefly to ask.  I now have two sets of instructions

13   from Foster Wheeler.  I have various verdict forms.  I have the

14   plaintiff's jury instructions, and they don't all really sync

15   up, like the things that are in the verdict form are not the

16   same things that are in the instructions.  So I just want to

17   run through.

18            I did ask the plaintiffs this morning if they're

19   intending on proceeding on their design defect claim, and they

20   told me they think they're going to give it up, but they want

21   to let me know at lunch.

22            I'm going to ask the same question for Foster Wheeler.

23   You have a lot of affirmative defenses that it doesn't seem

24   like you're proceeding on.

25            MS. MERCER-LAWSON:  What we are proceeding on would be

1   the government contractor failure to warn and the superseding

2   cause.

3            THE COURT:  All right.  I am having trouble figuring

4   out what to do about damages.  I'm not going to have this jury

5   apportion between the 37 other defendants.  There's no evidence

6   on it.  There's been no evidence about what their exposure was

7   or what their products were, anything like that.  I don't know

8   how I can ask this jury to do that.  So if they come up with

9   like loss of consortium -- if they get there, if we come up

10  with a loss of consortium figure and, let's just say it's $2

11  million or $5 million, let's say ten for the sake of math, can

12  I do it, that they come up with $10 million?  And then you back

13  out what's already been -- what's already come from the other

14  defendants?  Like, how do I do this?

15           MR. BRALY:  First of all, that would be a subsequent

16  motion for entry of judgment after the fact, but, yeah, on a

17  joint and several liability apportionment scheme, that is how

18  it would work.  It would be pro tanto setoff with the

19  settlements that existed.

20           THE COURT:  When you did these settlements with these

21  37 other parties, are you breaking it down between like loss of

22  consortium and --

23           MR. BRALY:  No, no.  It's a settlement for all claims.

24  It is not broken out specifically.

25           THE COURT:  If there's negligence or a warranty claim,

1    whatever the jury awards is all against them.  That's a

2    discrete award, right?

3              MR. BRALY:  That's right.  Total damages for the --

4              THE COURT:  That's for their conduct.

5              MR. BRALY:  -- that's at trial, who would then be

6    entitled to post-verdict offsets.

7              And then if we go with the joint and several liability

8    scheme, like I believe we should, then you get into the whole

9    Supreme Court case *McDermott* and that kind of rubric of what

10   ends up being a pro tanto setoff and what ends up being a

11   setoff that is uncollectible and borne by them, and you get

12   into all sorts of things that will be the subject of post-

13   verdict briefing in all likelihood.

14             THE COURT:  That's my favorite, post-trial briefing.

15             MR. BRALY:  Yeah.

16             MS. MERCER-LAWSON:  So our position is that under

17   maritime law, we're not in a joint and several liability

18   scheme.  And that evidence can come in -- part of the reason

19   why we are fine with the reading of Mr. Cook's testimony is he

20   is testifying to these other defendants and who he believed he

21   was exposed to.  He's testified -- he's mentioned Westinghouse,

22   Crane, Elliot, DeLaval, and it's our position and, based on our

23   prior maritime cases we've had, that those would go on the

24   verdict form that jurors can at least give them a percentage.

25   We're not saying like we're going to come after them, but that

1    they could put it down as they think these people -- you know,

2    maybe the turbine was such percent of the exposure, and then it

3    all would add up.

4         THE COURT:  You haven't given them nearly enough to

5    make those sorts of determinations.  Like, they don't really

6    know what the products are --

7         MS. MERCER-LAWSON:  In our view, at least Mr. Cook

8    listing what he had seen and what he saw other people do is

9    evidence, and their own causation expert, well, a couple of

10   them, you know, Holstein, their causation expert, and then

11   Dr. Brody, their scientific expert, has explained it takes

12   very, very little.  So we just don't see how it can be a little

13   dab will do you doesn't work for the defendants that aren't at

14   trial but a little dab will do you does work for the defendant

15   that is present at trial.

16        MR. BRALY:  So a couple of things about this.  You're

17   absolutely right about what we haven't heard.  Under *DeVries*,

18   there's a whole rubric of facts that have to be considered in

19   determining whether or not a manufacturer of what they

20   characterize as a bare metal product, like a pump or valve, can

21   be legally liable for the injury.

22        The evidence in this case is that every gasket on that

23   boat had been changed out by the time Mr. Cook boarded that

24   vessel.  They can't apportion fault to Crane Co or to pump

25   manufacturers because they haven't established anything about

1    what Crane Co knew about the use of asbestos in their products,

2    like we have with Foster Wheeler, they haven't established and

3    they can't, with the experts or with the testimony that they've

4    designated in their pretrial submissions, in their 26(a)(3)

5    report, they don't have that evidence to present about what

6    Aurora or DeLaval or Westinghouse knew about the use of

7    asbestos in their products, including the use of replacement

8    asbestos in their products.  All of which has been presented

9    for Foster Wheeler.  So --

10           THE COURT:  Mr. Fitzpatrick can barely contain

11   himself.  Go ahead.

12           MS. MERCER-LAWSON:  No, I know.

13           THE COURT:  Go ahead.

14           MS. MERCER-LAWSON:  Respectfully, *DeVries* is something

15   that the plaintiff has to prove by a preponderance of credible

16   evidence.  He's right, there isn't a case -- Crane Co isn't

17   sitting here, so they're not -- plaintiff isn't going to prove

18   all of the three prongs of the *DeVries* test that is now

19   maritime law.  They do have to prove it as to Foster Wheeler,

20   but we at least are entitled, for causation and liability

21   purposes, to have those names on there.  And what they do with

22   proving up their specific case about us and whether or not we

23   are liable to warn for the incorporation of a third-party

24   containing asbestos product, that's a very different story.

25           MR. BRALY:  It's not.  Everything we have to prove

1   about them, they have to prove about everybody else.  It's

2   their affirmative defense.  They have to prove, like they were

3   a plaintiff, everything that we have to prove against them.

4        THE COURT:  Are you going to mansplain this to me,

5   because she's doing fine.  I mean, go ahead, but don't --

6        MR. FITZPATRICK:  No.

7        MS. MERCER-LAWSON:  I was just going to say that,

8   respectfully again, *DeVries* is not an affirmative defense.

9   It's a test for the plaintiff.

10        Mr. Fitzpatrick would also like me to say and

11   everybody didn't warn according to the plaintiff, so it does

12   not matter what any defendant would do.

13        MR. BRALY:  It absolutely matters.  Wait a second.

14   We're talking about liability.  Right?

15        THE COURT:  No.  Well --

16        MR. BRALY:  For them to be able to attach liability

17   for any -- I mean, presuming that we're not going to go with

18   the joint and several liability verdict form, which I believe

19   we should, I believe all they should be asked is whether or not

20   Foster Wheeler was negligent and whether Foster Wheeler is

21   strictly liable.  Our verdict form is correct.

22        However, if we are going to ask them to apportion to

23   settled entities, they can't go on the form until they've

24   established that there is a liability case that would survive a

25   directed verdict against those parties.  And they don't have

 1    that evidence.  They haven't disclosed it.  They don't have the

 2    witnesses for it.  And they certainly didn't prove it up with

 3    our experts.

 4            And *DeVries* is -- we have to meet *DeVries*.  We have to

 5    be able to establish, for replacement parts, what the

 6    manufacturer knew, and we haven't heard a lick of information

 7    about what GE knew or Westinghouse knew or DeLaval or Briggs &

 8    Stratton or any of the other umpteen dozen defendants that

 9    they've asked to apportion to.

10            THE COURT:  All right.  Does *DeVries*, does that just

11    go to the negligence failure to warn claim, or does it also go

12    to the warranty claims?

13            MS. MERCER-LAWSON:  *DeVries* is a maritime issue.  It

14    goes to the failure to warn.  We wouldn't try to mislead and

15    say that it extends to Massachusetts law.

16            THE COURT:  So how do we -- I can't -- I'm having

17    trouble conceptualizing the verdict form, which is giving me

18    trouble with the jury instructions.

19            MS. MERCER-LAWSON:  Specifically, I think -- what part

20    is giving you pause, I guess?  I mean, is it just that we can't

21    reconcile the two of what we have?  Is that what it is?

22            THE COURT:  Well, it's that, but it's also, do I need

23    a separate damages valuation for the warranty claims and for

24    the negligence claim?

25            MR. BRALY:  I don't believe -- I'm sorry.

 1          MS. MERCER-LAWSON:  That could be.

 2          I think the problem is we really haven't heard much

 3   evidence on warranty.  And the way to prove up warranty is to

 4   either prove that there is a design defect or a failure to

 5   warn.  So if you don't get there under *DeVries*, how would you

 6   even get to the other?

 7          MR. BRALY:  Your Honor, that's -- okay.  So we've

 8   already proven our warranty claim.  A warranty claim requires

 9   that there was causation and no warning.  All of this

10   tangential stuff that we've heard about the Navy and who knew

11   what and when and everything else, completely irrelevant for

12   the warranty claim.  The warranty claim is one of the easiest

13   claims that we can possibly prove, and we've already done it.

14   Did it cause it?  And was there a warning?  That's it.  That's

15   the extent of the warranty claim.

16          THE COURT:  Why don't we just go with the warranty

17   claim then?

18          MR. BRALY:  Because punitive damages arguably don't

19   apply to a non-conduct-based injury, arguably.  And I would

20   like to submit on two areas of causation.  Although, I could

21   just submit on the warranty claim, but that would require --

22   well, that would eliminate Admiral -- or Captain Forman for

23   next week, because his testimony would no longer be relevant.

24   I don't know.  I haven't thought about it a lot.  It's been --

25          THE COURT:  So I'm going to try to get you a draft of

1    these jury instructions by close of business today, very rough.

2    I'm the only one that's looked at them.   No law clerks have

3    looked at them.   It's just been me.   But just to give us a

4    point of places to talk, but you'll see when you read them,

5    even if you look at your drafts, they're incredibly repetitive

6    because there's not that much difference between the negligence

7    and the warranty claim.

8         MR. BRALY:   I did want to respond to your question

9    about damages.   I don't think separate damages instructions are

10   necessary.   I don't think that would be proper.   There's one

11   set of damages that would apply to a yes on either question,

12   and that damages total -- it doesn't change.   It's loss of

13   consortium damages and pain and suffering damages.   And that

14   carries through identically for both claims.   So there's no

15   reason to bifurcate and ask the jury to -- it would lead to

16   really the risk of inconsistent verdict.

17        THE COURT:   I could ask for a total number, and then I

18   could ask for an apportionment, and then if the apportionment

19   turns out to be not an appropriate way to go, then we'd still

20   have the total number.

21        MR. BRALY:   What if we were to do like X amount pain

22   and suffering, X amount loss of consortium, and just do the

23   summation of those for the total?

24        MS. MERCER-LAWSON:   Our position, we would have a

25   little bit of issue with that because we still would like to

 1    preserve our point that we believe under maritime law -- if

 2    we're still -- we believe under maritime law punitive damages

 3    and loss of consortium are not recoverable.  So it would be

 4    difficult for us to suss out how to do that on appeal.

 5           MR. BRALY:  Wouldn't that make perfect sense, then?

 6    If that's going to be their appellate issue, wouldn't that make

 7    perfect sense?

 8           THE COURT:  Wouldn't what make perfect sense?

 9           MR. BRALY:  To list out loss of consortium, pain and

10    suffering and punitive damages as three separate items that

11    make up a whole number so if there is an appellate issue on

12    this, that those could be eliminated, if necessary, without the

13    need for a retrial.

14           MS. MERCER-LAWSON:  Yeah, I'm sorry.  I wasn't

15    disagreeing with Mr. Braly on the severing.  Sorry about that.

16           MR. BRALY:  Sure, apologies.

17           THE COURT:  Are you talking about going just with the

18    warranty claims and listing those three things?  Is that what

19    you're suggesting?

20           MR. BRALY:  I hadn't conceptualize the idea of just

21    submitting on just the warranty claim.  So I'm not in a

22    position right now to tell you yes or no.  That's a really

23    major decision that I need to look at in more detail.  My

24    intention was to submit on the negligence action, which is just

25    negligence, and then the warranty strict liability based claim,

1    the failure to warn claim.  That was my intention, to submit on
2    both.
3            THE COURT:  Negligence just on the failure to warn
4    theory or negligence on --
5            MR. BRALY:  I mean, negligence, yeah.  It would be
6    couched in failure to warn, but negligence is kind of a
7    broad --
8            THE COURT:  Well, right now the way the jury
9    instructions are drafted, which is a function of what one or
10   both of you have submitted, you're going on two negligence
11   theories, right, negligent failure to warn and negligent
12   design.
13           MR. BRALY:  I thought the design was incorporated into
14   the warranty.
15           THE COURT:  I think it's in both in what you
16   submitted.
17           MS. MERCER-LAWSON:  I apologize.  It was difficult for
18   us because we still aren't quite sure what claims are in play.
19   Yeah, that's why we were a bit rambling in our verdict form.
20           THE COURT:  So at the moment they're separated out.
21           MR. BRALY:  Negligent design and negligent -- yeah.
22           THE COURT:  I'm not sure how else to do it because if
23   you say were they negligent, negligent in what?
24           MR. BRALY:  Right.
25           THE COURT:  What are we saying was the negligence?  It

1   has to be either --

2           MR. BRALY:  It is the failure to warn.

3           So with the design issue, if it's all right, I would

4   like until after the lunch break to give you the --

5           THE COURT:  On just the -- are you taking it out of

6   the negligence claim now, or you want to wait and tell me both

7   of them?

8           MR. BRALY:  I would like to tell you both of them

9   after lunch.

10          THE COURT:  Okay.

11          MR. BRALY:  I know that sounds indecisive, but it

12  is --

13          THE COURT:  No, I'm trying to get you guys -- the

14  charge is -- you know, it's got a lot of issues in it that --

15  I've never tried an asbestos case, and the damages thing is

16  really sort of perplexing me.  I really don't know how to do

17  it.  It's sort of the fact that some of these claims are

18  subject to maritime law and some of them are subject to

19  Massachusetts law, it's hard to explain to a jury.  Although,

20  I'm not sure.  Do I need to explain it to them anywhere besides

21  the damages?

22          MR. BRALY:  I'm not entirely sure why a loss of

23  consortium or pain and suffering would have a law attached to

24  it in the jury instructions or verdict form.  Like, an

25  identification of, you know --

```
 1            THE COURT:  Right.  The loss of consortium, right.  So
 2    the way it's drafted now, there's a description of two types of
 3    negligence, two types of warranty claims.  And then it says if
 4    you get to damages, there's basically three kinds of damages
 5    that you can award.  So it doesn't say punitives only go to the
 6    warranty or only go to the --
 7            MR. BRALY:  Right.
 8            THE COURT:  -- only go to the negligence.  It's not
 9    broken out like that.
10            MR. BRALY:  I don't think it needs to be.  Because
11    punitive is conduct-based right?  The instruction on punitive
12    damages is related to the conduct of the party.
13            THE COURT:  So as long as we're on the subject of
14    that, why do I need all the stuff about gross negligence and
15    recklessness?  Is there any reason you need both?  Because
16    isn't gross negligence less than recklessness?
17            MR. BRALY:  Yes.
18            THE COURT:  So is the damages different?
19            MR. BRALY:  I'll take a look at it.
20            THE COURT:  Why can't I just instruct on gross
21    negligence?  Because if I hit gross negligence, I mean, isn't
22    that -- that gets you to punitives.  So why do we have to push
23    them to recklessness?
24            MR. BRALY:  I don't have an answer for you as I stand
25    here.  I will check it and I will get back to you.
```

1          THE COURT:  Okay.  I'm going to bring in the jury.  I

2     have more of these.  I have a whole list.

3          MR. BRALY:  Before the jury comes in, we're going to

4     start the day by reading a stipulation on damages, if that's

5     okay.

6          THE COURT:  The medicals?

7          MR. BRALY:  Yes.

8          THE COURT:  Okay.  Also, the way I'm doing this in the

9     charge, and tell me if you want it differently, I'm telling

10    them that the stipulations are all going to be on one exhibit.

11    Are you going to put together an exhibit that has all the

12    stipulations, or are you just going to rely on the oral

13    testimony?  Either is fine.  I'm just trying to -- I want the

14    instructions to conform to what you're doing.

15         MR. BRALY:  For the damages, we'll mark it as an

16    exhibit just because that's the only evidence they will hear,

17    and so if they award damages for that, it needs to reflect the

18    evidence.

19         THE COURT:  I have that in the instructions, and I'll

20    have them written.  I said there's a stipulation to the

21    medicals.

22         MR. BRALY:  Okay.  And I have one question, just

23    because of your preference for the way we've been questioning

24    witnesses, I just wanted to make sure before we go into the

25    weekend that your closing preferences are our closing, their

1   closing, and then we get a rebuttal.

2          THE COURT:  That's fine.

3          MR. BRALY:  Okay.

4          THE COURT:  What I would like to do -- I want to use

5   our time, and I'm really -- it's just such a long day for them

6   to hear all the closings and the charge, that I would love to,

7   whenever everybody rests, at least give them the first half of

8   the charge, which I think is going to be pretty

9   non-controversial.  Like up to the elements of the offense.

10  And those I can definitely get you tonight, today.  It's the

11  elements that are sort of boggling me down here.

12         MR. BRALY:  Yes, Your Honor.

13         THE COURT:  So I'd like to use that time.  I'd like to

14  do -- we'll see how it plays out, but I'd like to split it, to

15  the extent we could.  If the whole charge is ready to go, like,

16  Tuesday afternoon, when everybody rests, I would love to do it

17  and then have you close Wednesday and then start deliberating.

18  But I feel like we have a lot of things to sort out here.

19  Like, sometimes I know I'm going to hand you the charge and

20  it's going to be, we're going to nitpick it, but it's going to

21  be fine.  This I think has some bigger ticket items that need

22  to be resolved.

23         MR. BRALY:  All right.

24         THE COURT:  I actually have the instructions in a.

25  State case, state asbestos case, that somebody sent me, and it

1    doesn't seem like they wrestled with these issues at all.

2         MR. BRALY:  The application of maritime law and, you

3    know, *McDermott* and the cases that are out there about it does

4    make it more difficult.

5         The stipulation references DCo.  When I read it to

6    them, I'll just take them out.  But they'll still be printed.

7    I don't think it's a major thing.

8         THE COURT:  Can't you print a new one?

9         MR. BRALY:  Yeah, we can.  I'm just now noticing it.

10        THE COURT:  Well, send it to Karen.  We'll delete it.

11    If the issue is a printer or whatever, send it to us, we'll

12    delete it and mark it as an exhibit.

13        MR. BRALY:  Okay.

14        THE COURT:  Can you read it in a way that leaves out

15    DCo?

16        MR. BRALY:  I can read it in a way that leaves out

17    DCo.

18        THE COURT:  Then we'll get a written one that conforms

19    to that.  Some problems are so easily solved.

20        Karen, you want to go --

21        MR. BRALY:  Your Honor, just by way of witness

22    ordering, we're going to start the day reading a shorter

23    deposition of Mack Hamilton, and then we'll finish up Roland

24    Cook's testimony.  And if we have time left, we will do Linda

25    Cook's testimony.  Linda Cook will be our last witness.

 1          MR. FITZPATRICK:  Judge, doesn't it make sense to

 2     finish Cook, instead of breaking him with another co-worker?  I

 3     don't get it.  They were in a certain area.  Why don't we just

 4     finish it?

 5          MR. BRALY:  I didn't know that I had to take

 6     instruction from opposing counsel about how I ordered my

 7     evidence.

 8          MR. FITZPATRICK:  You know, Your Honor, I'll tell you,

 9     you can't make a comment without someone attacking.  I'll sit

10     down.

11          THE COURT:  They can do it in any order they want, as

12     can you when it's your turn.

13          COURTROOM CLERK:  All rise for the jury.

14          (Jury enters the courtroom.)

15          THE COURT:  I'm impressed you're all here.  This was

16     not a good commute day.  Just a heads-up on the schedule, just

17     to keep you apprised of where we are.  We have today.  Tomorrow

18     we'll sit from 9:00 to 1:00.  We're off on Monday.  Tuesday,

19     I'm not sure what our exact hours will be.  It depends where we

20     are.  But we all anticipate that you will get the case sometime

21     on Wednesday.

22          So I hope -- my ideal is always that we have closings

23     and charge in the morning and you have time in the afternoon to

24     deliberate.  We'll see.  That sort of depends -- I mean, if

25     they need into Wednesday to rest their case, we may not get it

1    all done on Wednesday, but it is my intention that you would --

2    I shouldn't say "intention" -- my hope that you'll start to

3    deliberate on Wednesday.  So you may want to sort of think

4    about what kind of schedules you want to keep during

5    deliberations just for your collective planning purposes.

6            All right.  So we finished Dr. Holstein yesterday.  So

7    what's next?

8            MR. BRALY:  Your Honor, at this time plaintiffs have a

9    stipulation of the parties to read into evidence, and then we

10   will call a witness by deposition.

11           THE COURT:  Okay.  I think I alluded to this briefly

12   the other day, but just to give you a little bit more of a

13   fulsome explanation, a stipulation is something that both the

14   parties agree to.  So it's a fact that does not need to be

15   proven.  You can accept that fact as proven, but then it will

16   be up to you to give it whatever weight you deem appropriate.

17   Okay.

18           MR. BRALY:  The parties, Linda Cook, individually and

19   as the executor for the Estate of Roland Cook, and the

20   defendant, Foster Wheeler Energy Corporation, present this

21   stipulation as to the plaintiff's medical damages.

22           The parties agree and stipulate that the medical

23   expenses in this case are $708,491.

24           And at this time plaintiffs call Mack Hamilton by

25   deposition.  And we're going to switch the roles.  I'll ask the

 1   question; Mr. Chapman will answer.

 2           THE COURT:  And you're reading designations from both?

 3           MR. BRALY:  Yes.

 4           THE COURT:  So this is like the deposition of

 5   Mr. Cook.  Each side gets to designate what parts of the

 6   deposition they want read, but whatever designations -- their

 7   designations and their designations are going to be presented

 8   to you in this way with these two attorneys.

 9           When you're ready.

10           TESTIMONY OF MACK STEWART HAMILTON:

11   Q.   And can you please state your full name for the record.

12   A.   Mack Stewart Hamilton, Sr.

13   Q.   And where do you live, Mr. Hamilton?

14   A.   206 Katy Drive, Lexington, Virginia.

15   Q.   And Mr. Hamilton, are you represented by an attorney

16   today?

17   A.   No, I am not.

18   Q.   And when did you first learn about this deposition?

19   A.   Perhaps three months ago from Duffy, I think is his name,

20   out of Maine.  I received a letter in the mail telling me

21   something about this case.  So I called him back and it was

22   Roland Cook was -- he was Roland Cook's attorney.  Cook was

23   stationed aboard the ship with me, the *U.S.S. Mullinnix*, for a

24   period of time.

25   Q.   Have you seen any documents or paperwork related to

1    Mr. Cook's case?

2    A.    No, I have not.

3    Q.    Have you read Mr. Cook's deposition transcripts?

4    A.    No, I have not.

5    Q.    Has anyone told you about the content or read any of

6    Mr. Cook's deposition transcripts to you?

7    A.    No, they have not.

8    Q.    So the last time you had any conversations with Mr. Cook

9    was when you were both still in the service, correct?

10   A.    Yeah.

11   Q.    And -- okay.  And did you do anything to prepare for

12   today's deposition?

13   A.    No.

14   Q.    And when did you join the service?

15   A.    1964.

16   Q.    And you joined the United States Navy, correct?

17   A.    Yes.

18   Q.    And you voluntarily joined?

19   A.    Yes, I did.

20   Q.    And where did you go to basic training?

21   A.    Illinois.

22   Q.    Great Lakes?

23   A.    Great Lakes.

24   Q.    And on completion of basic training, did you have any

25   other schooling or training before you were assigned to the

1    ship port?

2    A.    Yes, I did.  Boiler tender school in Illinois.

3    Q.    And how long was boiler tender school?

4    A.    I forget the exact length of it, but it's somewhere, three

5    months perhaps, somewhere in that range.

6    Q.    And when you finished boiler tender school, were you then

7    assigned to a ship?

8    A.    Yes, I was.

9    Q.    And what ship were you assigned to?

10   A.    *U.S.S. Mullinnix* DD 944.

11   Q.    Sir, how long did you serve on the *U.S.S. Mullinnix*?

12   A.    From that period I went aboard to May of '69.

13   Q.    And were you discharged from the service in May of '69, or

14   did you go aboard another ship?

15   A.    I was discharged.

16   Q.    Honorable discharge?

17   A.    Honorable, yeah.

18   Q.    And upon discharge, did you come back to Virginia?

19   A.    Yes, I did.

20   Q.    Where was the *Mullinnix* when you boarded it?

21   A.    Norfolk, Virginia.  D&S Piers.

22   Q.    And what was your rate when you boarded the *Mullinnix*?

23   A.    A fireman -- not a fireman but a fireman in training.

24   Q.    A fireman apprentice?

25   A.    Yeah.

```
1   Q.   You told us the Mullinnix was a destroyer, correct?
2   A.   Yes.
3   Q.   Do you recall the size of the ship?
4   A.   Not the particulars, no.  I forget the exact length and
5   width and that.
6   Q.   Do you recall the number of crew on the ship?
7   A.   Well, that varied.  In wartime 310 men, I believe.
8   Normally we ran way less than that in the engineering
9   department, which I was a part of.
10  Q.   And after your three months as an engineer yeoman, what
11  was your next assignment?
12  A.   The forward boiler room.
13  Q.   And for the remainder of time that you were on the
14  Mullinnix, were you assigned to any other engineering spaces
15  other than the forward boiler room?
16  A.   No.  No, I wasn't assigned anywhere else, but I did work
17  in the after boiler room.
18  Q.   Okay.  So you were assigned to the forward fireroom the
19  entire time, but there were some points in time when you worked
20  in the after fireroom; is that correct?
21  A.   Yes.
22  Q.   Okay.  And did you work in any other areas or engineering
23  spaces on the ship during the time that you were assigned to
24  the forward fireroom?
25  A.   No, just those two areas.
```

1    Q.    Okay.  And when you were first assigned to the forward

2    fireroom, did you have any particular training to do the work

3    you needed to do in the fireroom?

4    A.    Yes, I went to boiler tender school.

5    Q.    And is that at the school from Great Lakes, or did you

6    attend further schooling on the ship?

7    A.    That was the school in Great Lakes.

8    Q.    When you started in the forward fireroom, what, generally

9    speaking, were your job duties?

10   A.    I was a fireman apprentice.  I was assigned a cleaning

11   station, which comprised a certain area on the starboard side

12   of the ship, upper level, and that was your cleaning space, in

13   which you did exactly what I just said.  You cleaned it.  You

14   painted it.  You know, you scrubbed the deck plates.  That was,

15   you know, your second home.  So that's what you did.

16   Q.    By the time you left the *Mullinnix*, what was your rate?

17   A.    B2 second class.

18   Q.    And do you recall when you -- excuse me.

19         And do you recall when you became third class?

20   A.    Well, approximately a year.  The rate at that time, each

21   rate, they could be advanced or scaled back.  So whatever the

22   timeframe was at that particular time, nine months to a year

23   for a fireman, the best I can remember.  And the same probably

24   for third class.

25   Q.    And you referenced, when we were starting to talk at the

1   beginning, the Bu. Ships manual.  Are those manuals that you're

2   referring to that you reviewed?

3   A.   Not particularly.

4   Q.   Did the Navy give you materials to review in order to

5   prepare for the test?

6   A.   The manuals I'm talking about, like you buy a car, you get

7   an operating manual with the car.  These pieces of equipment,

8   it had the manual that goes with that specific piece of

9   equipment.  And that is what you look at.

10   Q.   I see.  So you were looking at manuals for the equipment

11   that was in the boiler room?

12   A.   Yes.

13   Q.   So you did two tours of duty in Vietnam?

14   A.   Yes, I did.

15   Q.   Did your job duties change when you became a BT3?

16   A.   Three?

17   Q.   Yes.  When you went from a fireman to a BT3, did your job

18   duties change?

19   A.   Yes, they did.

20   Q.   And what were your job duties as a BT3?

21   A.   Each rate has a certain qualification that they can do up

22   to that point.  Third class allows me to run the fireroom.

23   Stand watch.  "Watch" means that you've got four men watching

24   the boiler operate.  Watching the gauges, doing everything to

25   keep check on the amount of steam in the boiler.  And prior to

1    that a fireman could stand watch.  He had to have somebody

2    above him, so I did it.  I was qualified to do it.  I knew how

3    to do it, so they let me do it.  That was the old Navy.

4         The new Navy now, oh, man as a third class, you're legally

5    able to do that and tell the men under you, firemen and firemen

6    apprentice, what to do, how to do it, and where to do it.

7    Q.   So if I understand what you said, when you were a fireman

8    you also stood watches in the boiler room, even though that

9    job --

10   A.   Yeah, for a short period of time.

11   Q.   Then when you became a BT3, that was more of your main job

12   duties, correct?

13   A.   Yes.  That was one of them.  The other one was to help to

14   repair equipment that broke down, that type of thing.

15   Q.   Got it.

16   A.   And that applies to firemen.  If anything in the fireroom

17   broke, to help with the equipment.

18   Q.   So there was some period of time that you and Mr. Cook

19   stood watch in the forward fireroom at the same time?

20   A.   I'm sure there was, yes.

21   Q.   Okay.  And you said that you're sure there was, and that's

22   because you rotated, you all rotated through so you'd be on the

23   watches with your fellow sailors at different times?

24   A.   Yes.

25   Q.   Okay.  Do you know what year it was that you and Mr. Cook

1   were on watch in the forward fireroom at the same time?

2   A.   No.   The watches rotated every battalion.   I don't

3   understand your question particularly.

4   Q.   Do you recall whether or not Mr. Cook was in the same

5   berthing compartment as you?

6   A.   Yes, he was.

7   Q.   And how do you recall him from that berthing compartment?

8   A.   That's where we were assigned when we went aboard the

9   ship.   That's where you stayed.

10   Q.   So were all the boiler tenders assigned to the same

11   berthing compartment?

12   A.   Yes, they were.

13   Q.   Okay.   So you knew Mr. Cook was there with you because all

14   the boiler tenders were in that space, correct?

15   A.   Yes.

16   Q.   Okay.   Where was your bunk?

17   A.   Right down on top of the floor.

18   Q.   Do you know where Mr. Cook's bunk was?

19   A.   Pardon me?

20   Q.   Do you know where Mr. Cook's bunk was?

21   A.   Going through my mind, I can see faces and I -- but I

22   can't put names on them.   I think his was behind me on the

23   opposite bunk.

24   Q.   And before we leave your berthing quarters, one of the

25   things you mentioned a couple of times now is that the asbestos

1   that you recalled on the ship, there were insulated pipes in

2   your berthing quarters, correct?

3   A.   Yes, there were.

4   Q.   And those were insulated in asbestos, correct?

5   A.   Yes.

6   Q.   And did dust or pieces from that insulation fall off the

7   pipes and into the area where the sailors slept?

8   A.   Well, I can remember one specific time that they did.  Gun

9   Mount 53 was right above us, and they were firing off the coast

10  of Vietnam.  And also there was a high pressure air line that

11  was used in the gun mount somewhere.  It ruptured and blew all

12  the insulation.  And when you looked at the bunks, I was on the

13  bottom and another one and another one and a little space about

14  this high and the air lines and everything were hit.  So you

15  only had about this much space and --

16  Q.   I'm going to stop you.  The record we're going to have --

17  we're going to have a transcript that's a written record and

18  you said "about this much."  About 18 inches?

19  A.   Yeah.  That, that was all the space you had between

20  bunches.

21  Q.   And that included between the top bunk and the pipes above

22  it?

23  A.   And the pipes and the air vents, and even air vents,

24  everything was insulated.  Air vents.  Everything.

25  Q.   Yeah.

```
 1            MR. BRALY:  Oh, that's you.
 2   Q.    And what did you do to clean it up?
 3   A.    Swept it up.
 4   Q.    And when you did that sweeping, did you breathe the dust
 5   from the sweeping?
 6   A.    Pardon me?
 7   Q.    When you did the sweeping, did that sweeping create dust?
 8   A.    I'm sure it did.
 9   Q.    And did you breathe that dust?
10   A.    Yeah.  If you was in there, you breathed it.
11   Q.    And did the Navy tell you that you should wear any kind of
12   breathing protection when you cleaned that dust in the berthing
13   compartment?
14   A.    No.
15   Q.    At any time you served on the Mullinnix, did the United
16   States Navy give you any breathing protection when you were
17   working around pipe insulation?
18   A.    No.
19   Q.    And what equipment did you learn about when you were in BT
20   school?
21   A.    Well, BT school applies to boiler tenders, which is
22   boilers.  Mainly boilers is what they taught you, not salt
23   water pumps.  Mainly pertaining to the boilers and associated
24   equipment, but for the most part they would just have us tear
25   down a boiler, repair it and retube it and rebrick it, put it
```

1    back together, and some equipment.  But what equipment, I don't

2    remember.  But associated equipment with the boiler to make it

3    run would be air, forced air blower and oil is all you need to

4    make it run.

5    Q.   So you have to make sure that the fire has both fuel and

6    air, correct?

7    A.   Yes.

8    Q.   And that's how to keep the fire going?

9    A.   Uh-huh.

10   Q.   And that's how the boiler keeps making steam when water

11   passes through it?

12   A.   It's full of water.  It will make steam.

13   Q.   Okay.  And the steam is what's necessary to propel the

14   ship?

15   A.   Yes.

16   Q.   And we're not talking about a boiler like the boiler in my

17   house back in New England.  We're talking about very large

18   boilers, correct?

19   A.   The principle is the same.  You heat water to make steam.

20   Steam will radiate and come back.

21   Q.   But the size of the boiler in the Navy --

22        I'm sorry.  Let me try that again.

23        But the size of the boiler on the Navy ship, how big were

24   the boilers on the *Mullinnix*?

25   A.   Oh, they were big.  But they make them bigger.  But

1    nevertheless, they had four modified D super heater boilers.

2    They operated at 1,200 pounds to 1,400 pounds of steam.

3    Q.   You mentioned one of the things you learned how to do was

4    rebrick these boilers.  You could stand up inside those

5    boilers, correct?

6    A.   I could what?

7    Q.   Stand up inside the boiler.

8    A.   Inside the firebox, yes.

9    Q.   Yes.  And you said there were four boilers on the

10   *Mullinnix*.  Were there two firerooms on the *Mullinnix*?

11   A.   Yeah, there was.  Forward and aft.

12   Q.   And so two boilers in each fireroom?

13   A.   Yes.

14   Q.   And again, so the record is clear, they were side by side?

15   A.   End to end.

16   Q.   So forward to back of the ship?

17   A.   Yeah.

18   Q.   So in the forward fireroom, going from the front of the

19   ship to the back of the ship, there would be a boiler, and then

20   a small space, and then another boiler right behind it,

21   correct?

22   A.   Yes.

23   Q.   And then behind that is where -- is that where the forward

24   engine room was?

25   A.   The forward engine room and then the after fireroom.

1   Q.   And then the after engine room?

2   A.   Yes.

3   Q.   All in a line?

4   A.   All in a line.

5   Q.   Mr. Hamilton, you brought with you today your DD-214,

6   which is your discharge paper from the Navy, correct?

7   A.   Yes.

8   Q.   And we've marked that as Exhibit No. 1, and I'm going to

9   give you back your original that you brought today.  But

10  according to your DD-214, you entered the United States Navy on

11  August 10 of 1964, correct?

12  A.   Yes.

13  Q.   And you received as part of your service the National

14  Defense Medal, correct?

15  A.   Yes.

16  Q.   And you also received a Vietnam Service Medal, correct?

17  A.   Yes.  And one they didn't put on there.

18  Q.   I was going to ask.

19  A.   I got that one when I got out of the Navy.

20  Q.   And what was that?

21  A.   The Navy Achievement Award.

22  Q.   And when did you receive that?

23  A.   Well, I got out in '69, so it had to be '69.

24  Q.   Upon leaving the service is when you received that?

25  A.   Yes.

1    Q.   And education and training is listed here as the Navy

2    training course for firemen, basic military requirements, and

3    the military requirements for petty officer three and two and

4    BT/A school, and that's November 9, 1964 to 29, January, 1965.

5    Does that sound right?

6    A.   I think it does.

7    Q.   Now, when you started working on pieces of equipment in

8    the boiler room on *Mullinnix*, is it fair to say that you cannot

9    tell me where Mr. Cook was when you worked on any particular

10   piece of equipment?

11   A.   No, I can't tell you that.

12   Q.   Okay.  And can you tell me today whether you have a memory

13   of observing Mr. Cook work on any particular piece of equipment

14   in the boiler room on the *U.S.S. Mullinnix*?

15   A.   I don't have any memories of that, but it was done, I'm

16   sure.  Everybody worked on equipment.

17   Q.   Okay.  All right.  And I understand that the *Mullinnix*,

18   when Mr. Cook was on it, did one tour of duty in Vietnam and it

19   also underwent several repair and overhaul periods when he was

20   on board?

21   A.   Yes.

22   Q.   What was your -- strike that.  When the ship was

23   undergoing a repair period or an overhaul period, do you recall

24   what your job duties were?

25   A.   What my job --

1    Q.    Yes.

2    A.    To assist, we called them yardbirds.  No disregard

3    intended but that's what -- the yard workers came aboard to do

4    whatever they were assigned to do, and one of my jobs was to

5    help them any way we could.  We cleaned up after them, whatever

6    they were doing.

7    Q.    And it was the United States Navy that decided what

8    equipment went on its ships, correct?

9    A.    Yes.

10   Q.    And it was the United States Navy that taught its sailors

11   how to repair and maintain the equipment that was on its ships,

12   correct?

13   A.    Yes.

14   Q.    And the Navy expected you to do that repair and

15   maintenance work in a manner that instructed you to do that,

16   correct?

17   A.    Absolutely.

18   Q.    And on a schedule that the Navy gave to you, correct?

19   A.    Yes.

20   Q.    When the ship was -- strike that.  Back in Vietnam,

21   Mr. Cook told us that the ship would be on the firing line for

22   about three weeks, and then it would go to Subic Bay to get

23   restocked and any repairs that needed to be made and then come

24   back to the firing line.  Is that an accurate description?

25   A.    Yes.

1   Q.   And when the ship was in Subic Bay, any repair work that
2   needed to be done by the ship was done by the sailors, or was
3   that done by yard workers or both?
4   A.   A little bit of both.
5        You wrapped the line and I forget the mixture of what it's
6   called, but imagine --
7           MR. FITZPATRICK:  Your Honor, objection.  May I speak
8   with counsel?
9           THE COURT:  Sure.
10          (Discussion held off the record.)
11          MR. BRALY:  Aaron, I'm going to back up to line 17.
12   Okay?
13          MR. CHAPMAN:  Okay.
14          MR. BRALY:  And then you pick up where the designation
15   is.
16          MR. CHAPMAN:  Sure.
17   Q.   And when you had to do repair work to the pipe insulation,
18   what work did you have to do?
19   A.   You wrap the line, and I forget the mixture of what it's
20   called, but imagine, like, you wrap it and, like, and you take
21   a tube, it's a paste that comes in a container, and you cover
22   this with it and lay another sheet of asbestos.  Now you cut
23   this with a pair of scissors or a knife, and you've got frayed
24   edges.  All the way around there's asbestos.  And you build up
25   a layer of asbestos insulation up to match the other one.

1   Q.   And you're breathing those fibers as they're being

2   released as you're putting it together?

3   A.   Yes.

4   Q.   And the paste that you talked about, is that a paste that

5   you had to mix something to make?

6   A.   The best I remember it came in a premixed container.

7   Q.   And they didn't give you any type of breathing protection

8   to wear while you did that work, correct?

9   A.   No.

10  Q.   I'm correct?

11  A.   You're correct.

12  Q.   I'm correct, okay.

13       And you had to do that throughout the time you were on the

14  *Mullinnix*, correct?

15  A.   From time to time, yes.

16  Q.   You mentioned fire blankets.  When the Navy -- when the

17  ship was in the Navy yard to either repair or overhaul work,

18  what part of your job duties -- were part of your job duties to

19  stand fire watch?

20  A.   Not particularly mine at the time.  But I did stand some

21  fire watches.

22  Q.   And fire watches, again, was to make sure that fires

23  didn't break out on the ship while work was being done,

24  correct?

25  A.   Yes.

1   Q.   And were fire blankets used -- strike that.  When you were

2   on fire watch, were you watching other either yardbirds or

3   sailors doing welding, correct?

4   A.   Some part of the fire protection, yes.

5   Q.   And do you recall those fire blankets being used while

6   those procedures were going on?

7   A.   Yes.

8   Q.   And when those fire blankets were moved from place to

9   place, did they release dust?

10  A.   I'm sure they did.

11  Q.   And do you recall the brand name, trade name or

12  manufacturer's name of those fire blankets?

13  A.   No.

14  Q.   And the rigid insulation for the pipe that you described,

15  I've heard some sailors describe it as a half moon or a clam

16  that has an opening and a closing.  Is that --

17  A.   In some places it's like that.

18  Q.   Not everywhere?

19  A.   No.

20  Q.   Okay.  And the rigid one, did you sometimes have to cut

21  that?

22  A.   Yes.

23  Q.   And what did you do to cut that?

24  A.   With a hacksaw, whatever was available.

25  Q.   Did you observe other sailors doing the same type of work

1   with repairing and replacing pipe insulation that you did?

2   A.   Yes.

3   Q.   And did you observe yard workers doing that type of work

4   when the ship was either -- in either for overhauls or

5   maintenance periods?

6   A.   Yes.

7   Q.   And were you present when the yard workers did that work?

8   A.   Yes.

9   Q.   And were other sailors, who were stationed in the boiler

10  room, present when yard workers did that insulation work?

11  A.   Yes.

12  Q.   Certainly.  Do you recall observing other sailors who were

13  stationed in the forward fireroom being present when yard

14  workers were repairing and replacing pipe insulation on the

15  *Mullinnix*?

16  A.   Yes.

17  Q.   Good afternoon, Mr. Hamilton.

18  A.   Good afternoon.

19  Q.   Obviously, you know my name, it's Ethan Horn, and I'm one

20  of the attorneys representing Mr. Cook in this case.

21       First of all, I want to start by talking about the

22  overhauls that the *Mullinnix* underwent.  All right?

23  A.   All right.

24  Q.   Mr. Cook described three overhauls during the time he was

25  on there.  He described that there were two, and then one

1    toward the end of his service was more of a major, major

2    overhaul that took place.  And rather than talk about these

3    overhauls individually, I'm going to lump them all together so

4    we just talk about overhauls in general.  Okay?

5    A.    All right.

6    Q.    I know when counsel was asking you a question, you said

7    that the fireroom was a beehive of activity, correct?

8    A.    Yes.

9          MR. BRALY:  Excuse me.  Okay.  All better.

10   Q.    And that would certainly be the case when the overhauls

11   were taking place, true?

12   A.    Yes.

13   Q.    Because during an overhaul, you not only have the ship's

14   crew who is there but you have the yardbirds, as you mentioned,

15   coming aboard and performing work?

16   A.    Yes.

17   Q.    During these overhauls, do you agree that a lot of

18   painting took place?

19   A.    Painting?

20   Q.    Painting.

21   A.    I would say some painting took place, yes.

22   Q.    Yes.  And there was the chipping of metal being performed?

23   A.    Oh, yeah.

24   Q.    And also you mentioned cleaning.  There was also a lot of

25   cleaning going on, correct?

1    A.    Yeah, yeah.

2    Q.    All right.  Now, during overhauls, is it fair to say that

3    the insides of the boilers, like the firebox, would be worked

4    on by folks?

5    A.    Yes.

6    Q.    Would that include things like removing the asbestos

7    panels and firebrick and metal from the inside of the firebox?

8    A.    Yes.

9    Q.    And Mr. Cook also described that in addition to that, all

10   the material that was hauled out of the inside of the firebox

11   of the boilers had to be carted off ship.  Is that an accurate

12   statement?

13   A.    Yes.

14   Q.    Of course, once all that was done, that required then the

15   whole area to be cleaned up again.  Is that accurate?

16   A.    Yes.

17   Q.    Do you remember who made the boilers on board the

18   *Mullinnix*?

19   A.    Foster Wheeler.

20   Q.    Mr. Cook also described that there were occasions that the

21   steam drum on the boiler was opened during these overhaul

22   periods.

23   A.    Yes.

24   Q.    Is that consistent with your recollection?

25   A.    Oh, yes.

1    Q.    He also described that there was a big gasket between the

2    door and the boiler.  Was that consistent?

3    A.    A what?

4    Q.    A seal sort of that went --

5    A.    Yeah, a mount that goes in the steam drum that you access.

6    Q.    Between that door and -- and the gun itself, was there a

7    seal there so that the metal wasn't on metal, so that there was

8    something in between the two to make a nice tight --

9    A.    A gasket, yes.

10   Q.    We talked about gaskets.  We haven't really defined what

11   that is in this deposition.  In terms of the purpose that a

12   gasket serves, can you describe for us what it does?

13   A.    It prevents whatever you're trying to seal from escaping

14   between two attached pipes or, in this case, a manhole versus

15   steam drum.

16   Q.    When we're talking about the boiler, we've talked about

17   the insides, that sort of firebox being removed.  Once that was

18   done during these overhauls, did workers have -- did the

19   workers then have to, or sailors, have to go back in and

20   reinstall all that stuff, the asbestos sheets, the firebrick,

21   all of that?

22   A.    Now, you're talking about a tube overhaul.  In the

23   shipyard we had those.  And the ship personnel were involved in

24   that in the sense that you had to cut the tubes out and you had

25   to take the firebrick out and, you know, take it off ship.  You

1  had to dump it in the appropriate places wherever they dumped

2  it at the time, clean it up, wire brush that area down.  There

3  was a big wall where it mounts that you're looking at, and then

4  you put it back together.

5  Q.   Was that whole process of ripping out the insides of the

6  boilers, including the asbestos panels, et cetera, and then

7  reinstalling that, those processes, were those pretty dusty?

8  A.   Oh, yeah, there's no doubt.

9  Q.   What does the term "punching tubes" mean?

10 A.   It means taking an air hose and then an attachment on the

11 end of it and you mount it to a wire brush, and you go into the

12 steam drum, which is the top part of the boiler.  And you have

13 a mud drum, a smaller container at the bottom.  The tubes run

14 from the mud drum and the wall of the firebox under the floor

15 and into the mud drum, and you take its attachment on an air

16 line and just clean that pipe.

17 Q.   Mr. Cook described during the overhauls that he would be

18 punching tubes.  Is that consistent with your recollection of

19 what would occur during an overhaul?

20 A.   Oh, yeah, we done that.  We called that water side.  You

21 had to clean the water side.  That's the side of the tube where

22 the water was, of course.  And the outside was called the fire

23 side.  You had to clean them, too.  The outside was done by

24 manual scraping.  You know, you've got burnt-on oil inside the

25 firebox.  And you really had to -- that was a nasty little job.

1   Q.   When you were doing that, did that create dust as well?

2   A.   Yes.

3   Q.   When -- do you remember whether or not there were any

4   exterior parts of the boiler that were insulated?

5   A.   The steam drum and the mud drum were insulated.  The steam

6   drum, just imagine an eight-foot -- it was round.  The steam

7   drum was round, so the top part of it was covered with

8   asbestos.  The only part that was exposed was where the manhole

9   was, and once you got the seal back in it and then properly

10  set, it was covered with asbestos molding.  It was already made

11  up.  You just slid it back into place and tied it off so it

12  wouldn't fall off.

13  Q.   So in order to access those doors that you had mentioned,

14  you'd have to actually remove a piece of insulation to get to

15  the door, and when the work was performed you had to put it

16  back on?

17  A.   Yes.

18  Q.   So were you replacing natural insulation on the Foster

19  Wheeler boiler?

20  A.   Uh-huh.

21  Q.   You mentioned that when counsel was asking her questions,

22  when the gun would fire, it would shake and insulation would

23  come loose?

24  A.   On occasion, yes.

25  Q.   Did you personally remove and replace asbestos packing on

1    these --

2    A.    Oh, yeah, all the time.

3    Q.    Is that consistent with your understanding of what the

4    duties of a typical boiler tender would be aboard ship?

5    A.    Of course.

6    Q.    Now BuShips stands for Bureau of Ships?

7    A.    Yes.

8    Q.    Now, do you know what role, if any, the actual equipment

9    manufacturer played in providing information that went into

10   those manuals?

11   A.    I don't know what they told BuShips manual.  You know, I

12   just have a BuShips manual to read, but sometimes we had to

13   follow an operator's manual, I'll call it, for a blower.

14        MR. BRALY:  That concludes the testimony of Mack

15   Hamilton.

16        THE COURT:  You're excused.

17        MR. CHAPMAN:  Thank you, Your Honor.

18        MR. BRALY:  Your Honor, at this time the plaintiffs

19   will resume the testimony of Roland Cook.

20        THE COURT:  They're going back to Roland Cook's

21   deposition.  If you want to stand up and just shake it off for

22   a minute before they start, let's take a minute to do that.

23        (Pause.)

24        THE COURT:  When you're ready.

25        MR. CHAPMAN:  Thank you, Your Honor.  All right.  Page

1    304.

2              MR. BRALY:  Yes, sir.

3              TESTIMONY OF ROLAND COOK:

4    Q.   All right.  Would you -- in your memory, would it be true

5    that sometimes when you were removing the old head gasket, it

6    would come right off, and other times it would be difficult to

7    take off?

8    A.   Exactly.

9    Q.   And if it was a situation where it came right off --

10   that's what you do, you take the valve covers off and you look

11   at the head and you'd just see the gasket.  You'd pick it up,

12   you'd take it off, you'd throw it away, and you'd put a new one

13   on, right?

14   A.   Well, you've got to clean off all the metal faces first,

15   because you've got a --

16   Q.   We're going to talk about what you have to do if you get a

17   tricky one that's hard to take off in a second.  Okay?

18   A.   Okay.

19   Q.   If it was a situation where it would all come off in one

20   piece, that's what you'd do, you'd just remove it in one piece?

21   A.   Correct.

22   Q.   If, on the other hand, it was a situation where it was

23   stuck to the head or only some of it would be taken apart, then

24   that's where you'd have to scrape it, right?

25   A.   Yes, sir.

1    Q.    Okay.  Now, I know I keep saying I'm going to do things

2    and then I jump around, but there's a method to it.  We're

3    going to talk about how you scrape off -- scrape a gasket off

4    in a second.

5         What I want you to think about now is that -- excuse me.

6         What I want you to think about now is that you've already

7    done that, so the gasket is completely removed and the surface

8    is completely ready for a new gasket.  Are you with me so far?

9    A.    Yes, sir.

10   Q.    All right.  The installation of that new gasket, number

11   one, they're precut, correct?

12   A.    Correct.

13   Q.    So they're cut and made so that they fit the metal surface

14   that you're putting them on, right?

15   A.    Yes, and in only one direction.

16   Q.    Right, right.  Because they're irregularly shaped and you

17   have to kind of eyeball it to make sure it's the right shape

18   and get it to fit the screw holes and where they're supposed to

19   be and all that, right?

20   A.    Correct.

21   Q.    Okay.  So if the surface is set and it's ready to receive

22   the gasket, all you do at that point is take the gasket out of

23   the packaging, put it on the metal and bolt the two pieces of

24   metal back together again, right?

25   A.    Correct.

1  Q.   All right.  So when you're doing that and when you're

2  putting a new gasket on a surface that's already been cleaned

3  and prepared, there isn't any dust created by installing that

4  new gasket; am I right about that?

5  A.   When you've cleaned the surface, you've created some

6  debris and dust.

7  Q.   I'm totally with you, and I'm going to -- we're going to

8  talk about that.  What I'm talking about now is after you've

9  cleaned it.

10  A.   Okay.

11  Q.   You've cleaned all the debris away, and that debris you're

12  cleaning away comes from the old gasket, correct?

13  A.   Correct.

14  Q.   All right.  You've already done that.  You've got the new

15  gasket in your hand and you're putting it on.  Then you're

16  going to bolt them back together again.  That part of it

17  doesn't create any dust, right?

18  A.   Correct.

19  Q.   That's correct?

20  A.   Yes.

21  Q.   So when we're talking about the creation of dust, we're

22  talking about scraping the old gasket material off the surface,

23  right?

24  A.   Correct.

25  Q.   All right.  Now, the gaskets that we're talking about, be

1   they head, oil pan, exhaust, whatever the gaskets are, the

2   purpose of those gaskets is to provide a seal between the two

3   pieces of metal, right?

4   A.   Correct.

5   Q.   All right.  And the intent of the seal is so they won't

6   leak, so the engine won't leak?

7   A.   Correct.

8   Q.   All right.  So in order to make sure that the seal works

9   the way it's designed, you have to ensure that the surface

10  where the old gasket was is smooth and clean before you put the

11  new gasket in?

12  A.   Correct.

13  Q.   All right.  And you need to be careful that you don't

14  gouge the head itself so that everything will be flat and it

15  will all fit flush together, correct?

16  A.   Correct.

17  Q.   All right.  And you would use -- what kind of tools would

18  you use to scrape off the old gasket material?

19  A.   We always try to use a putty knife, and besides the putty

20  knife, I don't know if you're familiar with it, but there's

21  like a silver handle thing with a razor blade in it that you

22  use to clean your windows --

23  Q.   Yeah.

24  A.   -- or remove a sticker off your windshield or something.

25  We used those a lot very carefully because --

1  Q.   Yeah, you see the guys at the gas station where you get

2  your inspection sticker use those --

3  A.   Yes.

4  Q.   -- to take off the old one, right?

5  A.   Yes.

6  Q.   So those are the two tools that you would use, either a

7  putty knife or the sticker remover, right?

8  A.   Yes.

9  Q.   Did you use anything else?

10  A.   No.

11  Q.   Are those two tools that you can recall using to scrape

12  off gaskets, either the putty knife or this device that we were

13  talking about to remove stickers from car windows?

14  A.   Yeah, that -- we would use that on the heads.  Now, we

15  would also use some solvent, if you were doing base gasket for

16  the sumps because a lot of those were stuck on with some kind

17  of glue, very difficult to get off.

18  Q.   All right.  Now, one of the brands you mentioned for

19  lawnmowers is Toro.  Do you recall that?

20  A.   Yes.

21  Q.   And you serviced Toro walk-behind lawnmowers while you

22  worked for Mr. Kinney, correct?

23  A.   Correct.

24  Q.   Did you do gasket work on them?

25  A.   Occasionally, yes.

```
 1   Q.   Would it be possible for you to estimate for me how many
 2   times you changed gaskets on a Toro lawnmower when you worked
 3   for Kinney?
 4   A.   Oh, gosh, no, I can't.
 5   Q.   I think I already know this, but, you know, when you go to
 6   the store and, even back then, and you buy a Toro lawnmower,
 7   there's like -- you'll see like six of them in a row, and you
 8   can pick between all the models and they go -- they increase in
 9   horsepower and different features.  Do you know any of the
10   model numbers or even the names of any of the Toros, or can you
11   just say they were Toros?
12   A.   They were Toros.
13   Q.   Okay.  And what color were they?
14   A.   Red.
15   Q.   Yeah, they're all red, right?
16   A.   Yeah, red sells.
17   Q.   And I assume, but I don't know for sure, some of them were
18   side bag and some of them were rear bag?
19   A.   Yes.
20   Q.   And some of them were self-propelled and some of them
21   weren't?
22   A.   Later in years, yes, at first they were just walk-behinds.
23   Q.   All right.  And with respect -- and this will apply to any
24   of the work I ask you about, but with respect to the gaskets
25   that you changed in the Toro motors, do you know what any of
```

1    them were made of?

2    A.    On the Toro specifically, I want to say they were -- that

3    the head gaskets were asbestos.

4    Q.    And how do you know that?

5    A.    Because the two outer edges of it were metal, and then

6    there was white in between, sandwiched in between the two

7    sides.

8    Q.    All right.  Is it your testimony, sir, that when you were

9    working on a Toro lawnmower, the engine itself wasn't

10   manufactured by Toro?  Does that sound right?

11   A.    That's correct.

12   Q.    Right?

13   A.    It could have been a Briggs & Stratton and Toro put their

14   name on it.

15   Q.    That's what I'm getting at.  If you think about working on

16   a Toro lawnmower for Mr. Kinney back in '76 through '82, and if

17   you were looking at it and you needed to change the head gasket

18   on the engine, and you looked at the top of the motor, it's

19   going to say some other brand besides Toro?

20   A.    Correct.

21   Q.    Right.  I mean, I'll represent to you that Toro didn't

22   make engines.  Does that change anything or does that make any

23   sense?

24   A.    It does because a lot of the lawnmower engine people would

25   -- like a Briggs & Stratton would put their motor on anyone's

 1    mower back then, and that company would probably say it was

 2    their own.

 3    Q.   Is it your understanding or your belief that the only

 4    gaskets that you worked with while doing this lawnmower and

 5    snowblower repair that may have contained asbestos were those

 6    sandwich-type gaskets?

 7    A.   Those gaskets were sandwich-type gaskets.  They were used

 8    on the head gaskets, and they were used on the intake tube for

 9    the carburetor that mounted to the engine.

10    Q.   Right.  I get that.  What I'm asking you about is if --

11    there's a bunch of other gaskets that you might have

12    encountered during this work, and I just want to be sure that

13    we're clear that the only two that you believe might have

14    contained asbestos would have been the head and the carburetor,

15    those sandwich gaskets.  Am I right about that?

16    A.   That's right.

17    Q.   Okay.  All right.  And so the other ones could have been

18    made of cork or rubber or paper.  We don't have to talk about

19    any of those gaskets, correct?

20    A.   Correct.

21    Q.   Okay.  Now, for either the head sandwich gasket or the

22    carburetor sandwich gasket, can you tell me what their size

23    were?

24    A.   Well, the head gasket was probably six to seven inches

25    across.

1   Q.   Okay.

2   A.   Three to five inches tall, and with a whole lot of holes.

3   Q.   Say it again.  I didn't hear it.

4   A.   I said with a whole lot of holes on the head gasket,

5   obviously.

6   Q.   Sure.  And what about the carburetor gasket?

7   A.   The carburetor gasket was probably the size of a silver

8   dollar or a half dollar, somewhere in there.

9   Q.   Okay.  So were they roughly the same thickness?

10  A.   Pretty much.

11  Q.   And were they less than a quarter-inch thick?

12  A.   Yes.

13  Q.   So the biggest gasket that you believe might have

14  contained asbestos that you worked with doing the snowblower

15  and lawnmower repair would have been about six inches in

16  diameter, and the smallest one would have been about the size

17  of a silver dollar.  Is that right?

18  A.   That's correct.

19  Q.   All right.  And the material that you believe might have

20  been asbestos in either the head gasket or the carburetor

21  gaskets was located between two sheets of metal all the time?

22  A.   Correct.

23  Q.   All right.  Are you able to give me an estimate of how

24  many times you did gasket work on lawnmowers in general,

25  irrespective of who made them, while you worked for Mr. Kinney?

1    A.    Oh, gosh.  Many times because the lawnmowers would come in

2    not running and you'd run a compression test on it to find out

3    is it the head gasket.  Chances are that's what it is.  So, you

4    know, you're just kind of verifying before you do the work.

5    Q.    All right.  But in terms of how many times per day or per

6    week or per month, are you able to give me an estimate?

7    A.    I'd say four to five times a week, easily.

8    Q.    Okay.  And that's for all lawnmowers?

9    A.    Correct.

10   Q.    So four to five head gasket changes per week on all

11   lawnmowers, correct?

12   A.    Correct.

13   Q.    So do we have to add to that the other carburetor gasket

14   changes?

15   A.    On some perhaps.

16   Q.    Okay.

17   A.    Excuse me.  Not all of them.

18   Q.    All right.  So if you did four to five head gasket changes

19   per week on all of the lawnmowers, how many carburetor gasket

20   changes per week did you do on the lawnmowers?

21   A.    I'd say three or four.

22   Q.    Okay.  And the process that you used to change the

23   carburetor gaskets, was it the same as the process that you

24   used to change the head gaskets?

25   A.    Pretty much, yeah.  You could usually get them off with

1   just a putty knife because that was like a paper gasket.  It

2   wasn't -- now, I'm talking about the bowl of the carburetor,

3   not up to where it mounts to the engine.

4   Q.   Right.

5   A.   On the bowl, there would be like a rubber gasket there,

6   and a lot of times that would leak during operation.

7   Q.   All right.  But in terms of these sandwich gaskets that

8   we're talking about, the ones associated with the carburetor,

9   am I right that you say your estimate is that you changed three

10  to four of those per week on all lawnmowers?

11  A.   Yeah, pretty much.

12  Q.   And, again, that process is what I was interested in.  The

13  process of changing the sandwich carburetor gasket is the same

14  or different from changing the sandwich head gasket?

15  A.   It's pretty much the same.

16  Q.   Okay.  So some of them would come off in one piece, others

17  wouldn't, and you'd have to scrape them?

18  A.   Yes, sir.

19  Q.   Okay.  Now, you also did some snowblower work, did you?

20  A.   Yes.

21  Q.   All right.  And if I recall your testimony from yesterday,

22  you indicated that the snowblowers were powered with basically

23  the same types of small engines, but they were mounted

24  opposite, correct?

25  A.   Correct.

1    Q.   So the amount of -- strike it, please.

2         The type of gasket work would have been the same.  You

3    would have been dealing with the head gaskets and the

4    carburetor gaskets.  They would have just been in a different

5    position, and you would have to access them differently?

6    A.   That's correct.

7    Q.   All right.  And much like with the walk-behind mowers,

8    with the snowblowers, the only two types of gaskets that you

9    believe might have contained asbestos are, again, the sandwich

10   head and the sandwich carburetor?

11   A.   Correct.

12   Q.   When we're doing --

13        MR. BRALY:  Oh, I'm sorry.  That's you.  Go ahead.

14   Q.   When we're doing our four to five times per week with the

15   lawnmowers, that can't extend over the whole 12 months of the

16   year, correct?

17   A.   Correct.

18   Q.   Because I don't want to put words in your mouth and I want

19   your best estimate, as best as you can remember it, and we're

20   going to accept it and we're going to move on, so I'm not

21   fighting with you.  So this is your opportunity to make sure

22   that I understand your memory.  That's it.

23        And maybe it was an incorrect assumption and you can

24   correct me.  But I thought that the four to five times per week

25   would have applied to the busy part.  You tell me if that's

1    correct or not.

2    A.    Well, sometimes in the busier part, I mean, you could do

3    more than that.

4    Q.    Okay.  So let's do it this way.  And I'm not going to

5    fight a fight I can't win.  Is it your best memory that if you

6    look at a 12-month period, your average of changing head

7    gaskets on lawnmowers was four to five times per week?

8    A.    That's correct.

9    Q.    Okay.  All right.  Let's do it for snowblowers.  Having in

10   mind the seasons and whatnot, what's your estimate for how many

11   times you changed head gaskets on snowblowers during the time

12   that you worked for Mr. Kinney?

13   A.    Maybe a couple times a week, but you've got to remember

14   that's seasonal, and it's only a couple of months, and most of

15   the time people just don't want to pay money to have their

16   snowblower looked at, so they'll tinker with it themselves.

17   Q.    Right.  All right.  So two times a week for about two

18   months of the year --

19   A.    That sounds --

20   Q.    -- head gasket changes on snowblowers, correct?

21   A.    Yes.

22   Q.    And carburetor gaskets, less than that?

23   A.    No.  They'd probably be about equal because usually --

24   Q.    Okay.

25   A.    Okay.

1    Q.    Okay.  So for head gaskets, for sandwich head gaskets and

2    sandwich carburetor gaskets, for all the snowblowers that you

3    worked on while you worked for Mr. Kinney, your best estimate

4    is that for about two months you changed about two a week?

5    A.    Correct.

6    Q.    Okay.  And for Toro snowblowers, they would --

7          Okay.  Let's move on now to Merrow's, and I understand

8    that is just -- my understanding is that work began in 1985.

9    So if I look at -- well, let's just leave it at that.  That

10   work started in 1985 while you were working your first shift at

11   Bailey, correct?

12   A.    Correct.  At that time Bailey was now called Amesbury

13   Industries.

14   Q.    Okay.

15   A.    Same company.  They just changed the name.

16   Q.    How many hours per week did you work at Merrow's?

17   A.    Well, I would work 7:00 to 3:00 at Amesbury, and Merrow's

18   was only a couple of miles away, so I'd drive there in the

19   afternoons, and I'd work there until probably 8:00 at night

20   some nights.

21   Q.    So if you got off work at 3:00, you started --

22   A.    3:30.

23   Q.    3:30?

24   A.    Yes.

25   Q.    And then you'd work sometimes until 8:00?

1    A.    Yes.

2    Q.    So sometimes you'd work four and a half hours?

3    A.    Yes.

4    Q.    All right.  And were there other times that you'd work

5    less than that?

6    A.    Yes, just because of how, how many he had ahead of him,

7    you know, excuse me, to work on.

8    Q.    All right.  And you worked Saturdays as well?

9    A.    Yeah, Saturdays were usually like 8:00 until 2:00.

10   Q.    And are you able to give me an estimate, sir, as to how

11   many hours per week you put in at Merrow's between 1985 and

12   1989?

13   A.    Somewhere around 23 hours, 25 hours.

14   Q.    Okay.

15   A.    It just depended on how buried up he was and how much he

16   needed me or didn't need me.

17   Q.    All right.  And this work was done in the repair shop,

18   which is in the back of the building?

19   A.    Yes, sir.

20   Q.    And was Merrow's an authorized Toro dealer?

21   A.    Yes.

22   Q.    Okay.  And you know what I forgot to do, I'm really sorry,

23   back at Kinney, and this may or may not apply, but one of the

24   brands that you recall in your list was Honda.  Do you recall

25   that?

1    A.    Yeah.  Yes, sir.

2    Q.    Did you work on any Honda lawn and garden equipment for

3    Mr. Kinney?

4    A.    Occasionally, because Honda was fairly new at the time in

5    the marketplace.  They were walk-behind mowers.

6    Q.    And do you recall -- go ahead.

7    A.    I was going to say they were quite different than any

8    other engine I ever saw, the way they had the timing belt

9    inside and all that.  That was totally different.

10   Q.    Okay.  And did you repair Honda walk-behind mowers while

11   working for Mr. Kinney?

12   A.    Only to do a basic tune-up, you know, or replace a spark

13   plug, make sure it had spark, sharpen the blade, lubricate the

14   wheels.

15   Q.    Did you do any gasket work on any walk-behind mowers at

16   Kinney's?

17   A.    No.

18   Q.    Did you do any other work on any Honda equipment at

19   Kinney's --

20   A.    No.

21   Q.    -- be they --

22   A.    No.

23   Q.    So no snowblowers?

24   A.    No, sir.

25   Q.    Back to Merrow's -- I'm sorry -- Merrow's was not a Toro

1    dealership?

2    A.    As far as I know, he was, and he had others as well.

3    Q.    So let's talk in general then.  For all the walk-behind

4    mowers, are you -- is it -- strike it, please.

5         For all the walk-behind mowers, your description of the

6    sandwich gasket work, be it head or carburetor, was that the

7    same while you were doing your work at Merrow's as it had been

8    for Mr. Kinney?

9    A.    Yes, sir.

10   Q.    All right.  What is your estimate for the amount of head

11   gasket changes that you did on lawnmowers while at Merrow's per

12   week?

13   A.    Three or four.

14   Q.    And the same question for carburetor gaskets.

15   A.    Three or four.

16   Q.    Okay.  When you say that others may have, would that have

17   been true at Kinney?  In other words, Mr. Kinney might have

18   been changing Honda gaskets while you were around, or no?

19   A.    He could have been, and I just don't know.  I mean, at any

20   given in point in time there may have been 40 mowers out there

21   to work on.

22   Q.    For any of the sandwich gaskets, either the carburetors or

23   the heads, for any of the lawnmowers that you worked on and any

24   of the snowblowers that you ever worked on, when you're taking

25   the old one out, is it true that you couldn't tell who made the

1  gasket you were removing?

2  A.   There was nothing printed on the gasket that could tell

3  you.

4  Q.   Right, right.  So if it was an engine that someone else

5  worked on that they had done work, you just don't know whether

6  or not the one you were taking out was original to the piece of

7  equipment when it was sold or whether it had been changed out.

8  You just can't tell one way or the other?

9  A.   You can't tell, but chances are it was made by the engine

10  manufacturer.

11  Q.   But there wasn't anything that would have -- that you

12  could read or see that would tell you -- I'm sorry -- that you

13  could read or see that would tell you while you were doing that

14  work?  That's what I'm getting at.

15  A.   The only way you knew is that, like at her Herman's, you

16  would take the head gasket out of the box that it was in, and

17  it was in a sealed plastic bag, and it would say Briggs &

18  Stratton on it.

19  Q.   No, right.  I'm talking about the ones you were talking

20  about, the old ones.

21  A.   Oh, no, you don't know.

22  Q.   So at Herman Kinney's place, which was that, a three-car

23  garage?

24  A.   Yes.

25  Q.   Can you give us the approximate dimensions of the interior

1    of the -- of that garage space, meaning all three together?

2    A.    Well, I mean, you could put three cars in there and still

3    have a little work area at one end.  So I would probably

4    estimate 25 foot, 30 foot --

5    Q.    Okay.

6    A.    -- across.

7    Q.    Yeah, wide.  And what about the depth?

8    A.    The depth would probably be about 15 feet.

9    Q.    Okay.  And how about the ceiling height?

10   A.    Ceiling height, probably 15 foot at the center of the

11   peak.

12   Q.    And when you were working for Mr. Kinney, weather

13   permitting, were the doors kept open?

14   A.    Yes.

15   Q.    And when you were working for Mr. Kinney, was some of the

16   work that you did performed outside, meaning not in the area of

17   the garage?

18   A.    Yes, out in the driveway.

19   Q.    Yeah.  And the type of work that you would do outside the

20   driveway -- let me start that again.

21         Yeah.  And what type of work would you do outside in the

22   driveway for Mr. Kinney?

23   A.    Well, first off, the rotary motors -- I'm sorry -- the

24   rotary mowers would come in from the customer, and the first

25   thing he wanted me to do was to wash them down real good with

1   gasoline and then hose them down with an air hose to make them

2   look, you know, clean and fresh, and now we could actually see

3   what we were working on.

4   Q.   Okay.  And just to be as efficient as possible, let me

5   limit the questions for you that you did outside for

6   Mr. Kinney.  Did any of that involve gasket work?

7   A.   No.

8   Q.   All right.  So then switching to Merrow's now.  You worked

9   in the area of Merrow's where the repair shop was; is that

10   correct?

11   A.   Correct.

12   Q.   And is that the correct way to refer to it, as a repair

13   shop?

14   A.   Yes, it is.

15   Q.   Can you estimate for us the dimensions of that, what that

16   repair shop were?

17   A.   Well, the area that we worked in was probably 12 foot deep

18   by 30 foot, and there was pneumatic tables in there to raise

19   the mowers up so they'd be like raised high so you weren't

20   bending over them all the time to work on them.

21   Q.   How many pneumatic lifts did Merrow have while you were

22   working there?

23   A.   Three.

24   Q.   I think you gave us the dimensions front to back and side

25   to side.  Do you recall at the repair shop what the height of

1    the ceiling were?

2    A.    Probably 12 feet.

3    Q.    Okay.  And did the repair shop have like a garage door

4    that allowed larger equipment to come in?

5    A.    Yes.

6    Q.    And did the repair shop have any type of windows?

7    A.    Yes.

8    Q.    And weather permitting, would the door and the windows be

9    kept open?

10   A.    Yes.

11   Q.    Again, limiting the question to work that you may have

12   done outside of Merrow's, did any of that involve gasket work?

13   A.    No.

14   Q.    When you were talking about the different types of gasket

15   work that you did on push-behind mowers and the snowblowers,

16   you discussed head gaskets, carburetor gasket and the sump

17   gasket work.

18   A.    Yes.

19   Q.    And you told Attorney Sbarra that sometimes there would be

20   metal, I call them metal clad gaskets.  Did you ever hear that

21   term, or did you call them sandwich gaskets?

22   A.    Sandwich gaskets.

23   Q.    Okay.

24   A.    Sorry.

25   Q.    No, totally fine.

1      Sometimes the sandwich gaskets would release easily, and

2   sometimes they had to be scraped off.  Do you recall that for

3   those three different types of sandwich gaskets?

4   A.   Yes.

5   Q.   For head gaskets, whether you were working for Mr. Kinney

6   or Merrow's, would you be able to provide any type of estimate,

7   without guessing, as to how often it was that sandwich head

8   gaskets would stick to the surface versus releasing more

9   easily?

10  A.   Oh, gosh, it was a good part of the time.  I mean, 45

11  percent of the time they'd be stuck.

12  Q.   Okay.  And how about the same question with respect to

13  those sandwich carburetor gaskets?

14  A.   Those came off easier.  I mean, if there was one stuck on

15  there, it may be at 20 percent.

16  Q.   Okay.  So 20 percent of the time it would stick, 80

17  percent of the time, approximately, it would release freely?

18  A.   On the carburetor, yes.

19  Q.   Yes.  And the same question with respect to the sump

20  gaskets?

21  A.   That was a different beast there.  That was made out of

22  gasket material, if you would.  It was black.  And a lot of

23  people used to use an adhesive to stick them down, both sides

24  of the gasket, so when they sandwich them between the sump and

25  engine itself, it would stop any leaks.

1    Q.   So that would stick more often than either the head gasket

2    or the carburetor sandwich gaskets?

3    A.   Yes.

4    Q.   And can you estimate approximately what percent of the

5    time it would tend to stick?

6    A.   Oh, gosh.  Probably 60 percent of the time for that one.

7    Q.   Okay.  Thank you for that.

8         Now, for the sandwich gaskets that, again, involved two

9    pieces of metal, with what you believe to be asbestos

10   sandwiched in between the two pieces of metal; is that correct?

11   A.   That's correct.

12   Q.   How, if at all, would you come into contact with the

13   material in the middle?

14   A.   Well, when you're taking it from the package that it came

15   in, if it came in a package, you're handling that package and

16   you've got to open it and there's particles in the bag.

17   Q.   Okay.

18   A.   And in applying the gasket to the engine, before you can

19   do that, you've got to use compressed air to blow all that crap

20   out of there.

21   Q.   But if you're taking out -- if you're talking about, say,

22   a new -- let's just take, for right now, we'll talk about

23   removing.  But if you have a new sandwich gasket, you talked

24   about the particles being in the back of a new gasket and

25   then --

1    A.    Yes.

2    Q.    -- how else, if at all, would you come into contact with

3    that material in the middle when you're working with a new

4    sandwich head or carburetor gasket?

5    A.    I mean, if there was fibers on the sandwich gasket that

6    you didn't see, you're handling it with your bare hands.

7    Q.    Okay.  And is there any other way for a new sandwich

8    gasket that you may have encountered the material in the

9    middle, other than what you've just described for us?

10   A.    No.

11   Q.    Okay.  Now, let's talk about the removal of either

12   carburetor or head sandwich gaskets.  How, if at all, would you

13   come into contact with the material in the middle when removing

14   on old sandwich gasket either at Merrow's or Mr. Kinney's?

15   A.    Generally, when you took the head off, you only got part

16   of the gasket on the head, and the rest remained on the engine.

17   So therefore, you had to -- you had the outer metal part on the

18   head itself that you got in your hand, and then you've got

19   exposed asbestos.  And then you've got to get the rest of the

20   metal sandwiched against the engine.  So now you've got to

21   scrape all that stuff off.

22   Q.    So if I understand you correctly, on one of those

23   occasions where the gasket would be stuck on, the two pieces of

24   metal would separate from one another exposing the material in

25   the middle?

1    A.    Correct.

2    Q.    But that would be the only -- but that would only be if

3    the gasket stuck on; is that correct?

4    A.    Correct.

5    Q.    Okay.  With respect to the removal of the sandwich gaskets

6    other than when the two pieces of metal separated from one

7    another, can you think of any other way that you may have come

8    into contact with the material in the middle when removing

9    these sandwich style gaskets?

10   A.    Well, when removing, you would have to be certain that you

11   got it all, all the pieces, et cetera, out, and the way to do

12   that was with compressed air.

13   Q.    Okay.  So even if the gasket didn't separate, what you're

14   saying is once it was removed, you would certainly -- you would

15   generally use compressed air to kind of clean out the area?

16   A.    Correct.

17   Q.    Okay.  Does that now complete your answer?

18   A.    Yes.

19   Q.    Okay.  So since we've been talking about gaskets that

20   stick sometimes, again, whether you were at Mr. Kinney's or

21   working for Merrow's, if you had a stuck sandwich style head

22   gasket, can you give me an estimate as to how long it would

23   take to remove the stuck-on gasket?

24   A.    15 to 30 minutes, depending.

25   Q.    And if it took 15 to 30 minutes, can you just tell us what

1    the steps would be, or did you describe that previously when
2    you talked about using the putty knife and this razor scraper?
3    A.   That's it.
4    Q.   Okay.
5    A.   Sometimes it got -- sometimes you got to work a little
6    harder at it than others.
7    Q.   Yeah.  And again, you have to be careful in how you scrape
8    it so you don't score the metal surface --
9    A.   Right.
10   Q.   -- and have future leaking issues?
11   A.   Correct.
12   Q.   Can you estimate for us how long it took to remove a
13   sandwich carburetor gasket when you were working at Kinney's
14   and Merrow's?
15   A.   Well, once you got the carburetor intake off, it would
16   probably take you just five minutes or so.
17   Q.   That's if it was stuck?
18   A.   If it wasn't stuck.
19   Q.   Oh, no, no, no, no.  My question is, so let's assume that
20   the carburetor gasket, the sandwich style, in fact, stuck.  I
21   know it didn't happen most of the time, but let's assume that
22   it stuck.
23   A.   Okay.
24   Q.   And you needed to remove any residue that it left behind.
25   How long would that take approximately?

1    A.    Ten or 15 minutes.

2    Q.    And would the process that you followed to remove the

3    gasket material be any different than what you described for

4    the head gasket removal?

5    A.    No.

6    Q.    And then if you're removing material because it's stuck,

7    if you had -- if you have a metal sandwich gasket touching a

8    metal surface of the engine, what is it that sticks?  Is it

9    like metal that gets melted onto it?  What are you removing?

10   A.    It was mostly carbon that is built up and causing the

11   gasket to be stuck.

12   Q.    Okay.  And then with respect to a sump gasket, this was a

13   type of gasket that stuck the most frequently you said,

14   correct?

15   A.    Yes.

16   Q.    Assuming you have a stuck sump gasket, approximately how

17   long would it take to remove one of those?

18   A.    It could take you an hour.  I mean, if you've got it, you

19   know, like a spray material that you can spray onto it to kind

20   of soften the gasket.

21   Q.    Yeah.  And was that the process that you followed to

22   remove a sump gasket any different --

23           MR. CHAPMAN:  I'm going to start again.  I'm sorry.

24           MR. BRALY:  Mh-hmm.

25   Q.    And was the process that you followed to remove a sump

1  gasket any different than what you described for a head gasket

2  removal?

3  A.   No.

4  Q.   And similar to my prior question for the sandwich gaskets,

5  when you're removing the stuck-on material, could you tell what

6  it was?

7  A.   No.  Some of it was the metal, some of it was the sandwich

8  in between.  It was a mixture.

9  Q.   So focusing now just at Merrow's, when Attorney Sbarra was

10  asking you certain questions, he discussed with you the

11  push-behind mowers, but you did not discuss with him

12  snowblowers.  So I just want to focus on snowblower work for a

13  moment at Merrow's.

14  A.   Okay, yeah.  That was limited.

15  Q.   That was actually going to be my first question.  I know

16  you said that you didn't do any snowblower work for Toros, but

17  generally speaking, at Merrow's, did you not tend to do a lot

18  of snowblower work?

19  A.   No, because the other guys I worked with there took care

20  of that more than me because I was only part time.  But he

21  focused -- he had me focused on the rotary mowers.

22  Q.   Okay.  So did you do any snowblower work at Merrow's?

23  A.   Very little.  I could put a belt on or --

24  Q.   Can we -- again, I'm not trying to put words in your

25  mouth.  I'm just trying to move it along.  For snowblowers at

1    Merrow's, would it be fair to say that you did not do any

2    gasket work on snowblowers?

3    A.    There could have been a head gasket and, again, belts,

4    chains to make the auger go.

5    Q.    Yeah.  But specific to Merrow's and snowblowers.  Would

6    you have any way of estimating how often it was that you did

7    gasket work at Merrow's on snowblowers?

8    A.    No.

9    Q.    Would it be fair to say to whatever extent you did that

10   work, it would have been very limited?

11   A.    Yes, that's correct.

12   Q.    At any point in time, when you were working for Mr. Kinney

13   or for Merrow's, did you ever see any type of warning related

14   to asbestos that was on the packaging of or literature of any

15   type?

16   A.    Never.

17   Q.    At any point in time when you worked for Mr. Kinney or

18   Merrow's, did you ever have a discussion with anybody,

19   Mr. Kinney or anyone, that owned or worked with Merrow's about

20   the presence of asbestos in any of the products you worked

21   with?

22   A.    No.

23   Q.    At any point in time when you did work for Mr. Kinney or

24   at Merrow's, did you ever wear any type of mask or anything

25   over your mouth or nose to prevent dust from being breathed in?

1    A.    No.

2    Q.    Okay.  My question for Briggs & Stratton is, to the extent

3    you can recall for the push-behind mowers that had Briggs &

4    Stratton engines, can you tell me what the range of horsepower

5    engines was that you would have worked on?

6    A.    Pretty much three horsepower.  I mean, that was a pretty

7    common engine back then.

8    Q.    Yeah, okay.  For Briggs & Stratton specifically, can you

9    remember any other engines that were Briggs & Stratton that

10   were different than the three horsepower?

11   A.    Sometimes you might see a three and a half or a four but

12   rarely.

13   Q.    All right.  So for Briggs & Stratton motors, that would

14   have been on the push-behind lawnmowers, whether you were

15   working for Mr. Kinney or at Merrow's, they would either be --

16   mostly with three horsepower, but you would occasionally see a

17   three and a half or a four; is that accurate?

18   A.    Yes.

19   Q.    And for those -- for these Briggs & Stratton motors on the

20   push-behind mowers, would they all be four-stroke that you

21   worked on?

22   A.    Yes.

23   Q.    And how many cylinders?

24   A.    One.

25   Q.    And then focusing again on Briggs & Stratton engines that

1    were on snowblowers, you previously testified in general that

2    the snowblowers you tend to see were three to five horsepower

3    motors on snowblowers.  Is that accurate?

4    A.    That's accurate for back then, yes.

5    Q.    Okay.  And that would also be true specific to Briggs &

6    Stratton engines that would be on snowblowers, correct?

7    A.    Correct.

8    Q.    Okay.  For any Briggs & Stratton engine that you worked

9    on, can you recall any model name or model number?

10   A.    No.  They used a long numbering system.  To remember any

11   of that, no.

12   Q.    Okay.  When you were working for Mr. Kinney, do you have

13   any idea of where he sourced any of his parts from?

14   A.    Mostly from the manufacturer.  Like for Briggs & Stratton,

15   he would go directly to Briggs & Stratton and others because he

16   had these manuals that were provided by Briggs & Stratton, and

17   you could, you know, look up part numbers and order

18   effectively.

19   Q.    Now, do you know whether he went directly to the company,

20   or do you know whether or not they had, you know, some kind of

21   parts supplier that he went to that carried Briggs parts?

22   A.    That I don't know.  All I know is he ordered the parts and

23   they'd be there within a week.

24   Q.    Okay.  And with respect to Briggs & Stratton engines that

25   you worked on at either Kinney's or Merrow's, do you associate

1    Briggs engines being in any particular brand of push-behind

2    mowers or snowblowers?

3    A.   Gosh, there's so many machines that had Briggs & Stratton

4    engines in them, I mean, Yard-Man comes to mind, Troy-Bilt, I

5    mean, a whole list of them.

6    Q.   Okay.

7    A.   And yes, you'd find the Briggs engine -- hold on a second.

8    You'd find the Briggs engine but an upright engine on a

9    snowblower or a rototiller.

10   Q.   One of the brands of mowers that you mentioned was Bolens.

11   Are you familiar with that name?

12   A.   I am.

13   Q.   Okay.  Did you work with Bolens walk-behind mowers at

14   Mr. Kinney's --

15   A.   Yes.

16   Q.   -- business?

17   A.   Yes.

18   Q.   And did you work with Bolens walk-behind mowers at

19   Merrow's?

20   A.   Yes.

21   Q.   Do you know who -- do you know the manufacturer of the

22   actual engine for any Bolens machine that you may have worked

23   with?

24   A.   I believe they were Briggs & Stratton engines.

25   Q.   Okay.  Continuing along, again, the lines we've been

1    talking about for the last hour or so, one of the brands that

2    you list in terms of walk-behind push mowers was Roper.  Do you

3    recall working on any Roper lawnmowers?

4    A.    Yes.

5    Q.    And did you work on Roper lawnmowers at Mr. Kinney's

6    establishment?

7    A.    Yes.

8    Q.    And also at Merrow's?

9    A.    Merrow's, yes.

10   Q.    Okay.  With respect to carburetor gaskets, did you do that

11   type of work on Roper mowers as well?

12   A.    Yeah.  Sometimes the intake tube gasket would be blown and

13   that was the sandwich type because it mounted directly to the

14   engine.

15   Q.    Okay.  Is that gasket different than the carburetor

16   gasket?

17   A.    The carburetor gasket would have been like a paper, almost

18   like a paper or a little bit thicker than paper, so, yeah, they

19   were different.

20   Q.    And this carburetor gasket, is that particular to a Roper

21   lawnmower, or are you just talking generally?

22   A.    In general, the Briggs & Stratton, all of them use

23   basically the same method on all of them.

24   Q.    I guess that leads into the next question then.  In terms

25   of the engine that was on a Roper lawnmower, do you recall who

1  made that?

2  A.   Briggs.

3  Q.   All right.  So you only associate the name Kohler with

4  engines on pieces of equipment.  Is that fair to say?

5  A.   That's fair to say.

6  Q.   All right.  And did you work on Kohler engines at

7  Kinney's?

8  A.   Yes.

9  Q.   All right.  And what about at Merrow's?

10  A.   Yes.

11  Q.   For Kinney, would you be able to tell me what pieces of

12  equipment you associate the Kohler engine with at Kinney's?

13  A.   At Kinney's, he had an old snowplow, a front-end plow that

14  had a Kohler engine on it.  And that's how I got acquainted

15  with the Kohlers.

16  Q.   All right.

17  A.   It's a pretty big engine.

18  Q.   Okay.  So there was a Kohler engine on the snowplow?

19  A.   Yes.

20  Q.   All right.  I'm trying to figure out what this -- when I

21  think of snowplow, sometimes I think of maybe just a blade

22  that's put on a pickup truck or a big truck.

23  A.   Oh, no.  On like a garden tractor but it's a good size

24  one.

25  Q.   Okay.  So the Kohler engine was on one of those kind of

1  riding tractors, is that what you're referring to?

2  A.   Yes, yes, sir.

3  Q.   Do you know who made the riding tractor?

4  A.   I don't.

5  Q.   Do you know the year or the model, the year of the riding

6  tractor?

7  A.   No.

8  Q.   Do you recall the size of this Kohler engine on this

9  tractor, the riding tractor?

10  A.   I want to say it was like 16 horse.

11  Q.   Okay.  And in terms of the number of cylinders?

12  A.   One.

13  Q.   Single cylinder, okay.  And any sort of model name or

14  model number that you associate with this Kohler engine?

15  A.   No.

16  Q.   What work do you recall performing on this Kohler engine

17  that was a part of this tractor/snowplow combination?

18  A.   I worked on the carburetor quite a bit.

19  Q.   Other than working on the carburetor quite a bit, any

20  other memory of work done on this particular Kohler engine?

21  A.   Well, points and plugs and, of course, general tune-up.

22  Q.   Okay.  So you did a general tune-up.  You kind of did,

23  again, those points, plugs work on that to get just the engine,

24  routine stuff, correct?

25  A.   Routine, yes.

1   Q.   All right.  But part of that work was involving the

2   carburetor, is that fair to say?

3   A.   Yes, yes.

4   Q.   So what exactly did that work entail?

5   A.   Well, taking the carburetor off, taking it completely

6   apart and cleaning out the nozzles inside.  You had to use a

7   fine wire to get through those little nozzle holes.

8   Q.   Okay, yeah.

9   A.   And then you put it back together.  And this time you

10  would say, well, that's not going to happen again because you

11  put a fuel filter on it so it wouldn't happen again.

12  Q.   Okay.  We'll break it down a little bit more, this work,

13  but other than this work on the Kohler engines and the

14  snowplow, any other Kohler work that you performed while you

15  were part time at Kinney's?

16  A.   No.

17  Q.   Okay.  So when you took apart the engine, did any of that

18  involve gasket work?

19  A.   I didn't take apart the engine.  I took apart the

20  carburetor.

21  Q.   Oh, I'm sorry.  Thank you.  I'm sorry.  When you took

22  apart the carburetor, did that involve any gasket work?

23  A.   Ah, yes.

24  Q.   What gaskets were you working with as a part of this

25  carburetor repair?

1    A.   Where the carburetor actually mounted to the intake tube

2    that was going to the engine.

3    Q.   Okay.

4    A.   And, again, that was just a -- I mean, it was black and it

5    was kind of -- I don't know if it was even one-sixteenth thick

6    material and had a couple of holes in it so you could put your

7    bolts through to mount to the carburetor.

8    Q.   Yeah, okay.  Was that the only gasket work that was

9    involved in this carburetor work?

10   A.   Well, the bowl had a gasket.

11   Q.   When you say "bowl," what are you referring to?

12   A.   The fuel bowl in the bottom of the carburetor.

13   Q.   Okay.  Did you have to work with that fuel -- the gasket

14   as it pertains to the fuel bowl?

15   A.   Yes.

16   Q.   Okay.  And what did you have to do with that gasket?

17   A.   Normally we made them out of gasket material which, again,

18   you can get in an auto supply.  I've got some out in my garage

19   just in case.

20   Q.   So besides the gaskets and the intake tube and the fuel

21   bowl gasket, any other gasket work associated with this

22   particular carburetor work that you did?

23   A.   No.

24   Q.   On the intake tube gasket, you described it as a black

25   gasket?

1    A.    Yeah, same material I was just saying at the auto store.

2    It comes in a roll and they're different thicknesses.

3    Q.    Okay.  Do you recall the thickness of this particular

4    gasket that was a part of the intake tube?

5    A.    I don't.

6    Q.    Do you recall the dimensions of it, how big around are we

7    talking?

8    A.    Gosh, probably the size of a half dollar, maybe a little

9    bigger.

10   Q.    And you were asked earlier in terms of the removal of the

11   gaskets, oftentimes they would come right off.  Sometimes they

12   might need a little work.  With respect to the intake tube

13   gasket, do you have a recollection, one way or the other, in

14   terms of removing that gasket?

15   A.    That would seem to come off pretty easily.

16   Q.    Were you able to tell who made that black half-dollar size

17   intake gasket?

18   A.    No.

19   Q.    The replace -- I'm assuming that that gasket had to be

20   replaced; is that fair to say?

21   A.    It's fair to say, but a lot of those old Kohler engines,

22   the old-timers, they made their own gaskets.

23   Q.    Okay.  And did you make your own gaskets at Kinney's for

24   this particular job?

25   A.    He probably made it.  I put it on.

1   Q.   All right.  Do you have any memory of what he utilized,

2   and by "he" I mean Mr. Kinney, what he utilized to make this

3   replacement gasket?

4   A.   A pair of scissors, and then you had these punches that

5   had different size holes that he would just put over wherever

6   he wanted the hole to be, and he'd hit it with a hammer, and

7   you get the proper sized hole.  Like, if you wanted a hole for

8   a 1/4--20, you know, you would use a certain punch for that.

9   Q.   And he had those kinds of tools in his garage, right?

10   A.   Yes.

11   Q.   And he was the one, I think you said, that made this

12   replacement gasket, right?  He was the one who did the

13   punch-out and the cutting work?

14   A.   Yes.

15   Q.   And then at some point he handed it to you and you just

16   put it on?

17   A.   I put it on, yeah.

18   Q.   Okay.  Any other work involved in that intake gasket,

19   other than what you've just described?

20   A.   No.

21   Q.   So then you said the other gaskets that you had to replace

22   was the ones as a part of the fuel bowl; is that correct?

23   A.   Yes.

24   Q.   All right.  Can you describe that gasket for me.

25   A.   That gasket, if you turn the carburetor upside down and

1   you could pick that gasket out of there, some of them were made

2   of cork; others were made of this gasket material.

3   Q.   Do you recall if this one was made out of cork or the

4   gasket material?

5   A.   I'm thinking the gasket material because, I mean, that's

6   what he gave me to put in, so.

7   Q.   Okay.  Did you, yourself, remove the fuel bowl gasket?

8   A.   No.  He had it all apart on the bench because this was his

9   own machine.

10  Q.   Okay.  All right.  So you were not then involved with the

11  removal of this fuel bowl gasket, correct?  It was already

12  done?

13  A.   Correct.  It was already removed, waiting for me to put

14  back together.

15  Q.   Got you.  All right.  He did half the job and you just

16  kind of did the other half and put it back together?

17  A.   Pretty much.

18  Q.   Okay.  In terms of the replacement gasket then, is it kind

19  of like the intake tube gasket?  He made it and you just

20  installed it?

21  A.   Yes.

22  Q.   Do you know what he utilized for this replacement fuel

23  bowl gasket?

24  A.   Again, it was on a roll.  I remember that.

25  Q.   But who made that roll and where he got it from, you don't

```
 1   know?

 2   A.   I'm sure he got it from a store called Jack's Auto Parts

 3   in Amesbury.  That's where he bought all of our stuff there.

 4   Q.   So did he buy a lot of those, that stuff for use in the

 5   lawn equipment that he was repairing?

 6   A.   Some.

 7   Q.   Okay.  How long do you think it took to put the fuel bowl

 8   back together?  I know that Mr. Kinney had taken it apart.  How

 9   long did it take you to fix where you put the new gasket and

10   tightened everything up?

11   A.   Probably 25 minutes.

12   Q.   And with respect to the intake gasket, did you do that

13   work, in other words, did you remove and put it back in?

14   A.   Yes.

15   Q.   Okay.  So you did that entire part, but it was Mr. Kinney

16   who did the fuel bowl part?

17   A.   Yeah.  The thing that took the time on the fuel bowl was

18   that the float had to be adjusted to a certain thousandth of an

19   inch so it wouldn't flood.  If it flooded, you had to take it

20   all apart again.

21   Q.   So you had to be pretty precise with that and to be

22   careful with it?

23   A.   Correct.

24   Q.   All right.  Other than this work with one Kohler engine on

25   the snowplow, any other work at Kinney's that involved Kohler
```

1  engines?

2  A.   No.

3  Q.   Did you work on any Kohler engines at Merrow's?

4  A.   Not that I can recall.

5  Q.   Do you recall anyone else working on Kohler engines in

6  your presence while you were working at Merrow's?

7  A.   Some of the other guys could have worked on them, but, I

8  mean, I wouldn't have noticed because we were busy doing what I

9  was doing.

10  Q.   So if they were, you wouldn't know what they were doing

11  because you were concentrating on what you were tasked with; is

12  that fair to say?

13  A.   Yeah, we had all -- I'm sorry.  We had job tickets and

14  basically, you know, you did what the ticket said.

15  Q.   Okay.  All right.  So the one Kohler product that you can

16  recall working with and around would have been that one engine

17  that was a part of the snowplow riding tractor at some point in

18  time at Mr. Kinney's; is that fair to say?

19  A.   Yes.

20  Q.   Okay.  And that is the nature and extent of your memory of

21  working with and around Kohler products either at Kinney's or

22  Merrow's?

23  A.   Yes, because, you know, I was all new at this kind of

24  stuff and Herman was training me, you know, and there were so

25  many different brands and whatnot.  And then when I'd see a

1    great big engine by Kohler, it was like, wow, you know, you

2    didn't even know they made them that big.

3    Q.   That's the only one that sticks out in your memory; is

4    that fair?

5    A.   Yes, sir.

6    Q.   So while you were at Kinney's, did you work on any

7    walk-behind lawnmowers manufactured by Ariens?

8    A.   We could have worked on a couple, yes.

9    Q.   Do you have any recollection as to what -- who the

10   manufacturer of the engine in an Ariens lawnmower is?

11   A.   I want to say Tecumseh.

12   Q.   Okay.  And did you have a specific memory of working on an

13   Ariens snowblower with respect to taking off or removing a

14   gasket?

15   A.   No.  Just basic tune-ups.

16   Q.   I want to talk to you about Tecumseh engines.  You just

17   mentioned that you think there was a Tecumseh in the Ariens

18   walk-behind lawnmower; is that correct?

19   A.   Yes.

20   Q.   Do you associate Tecumseh with any other manufacturer of

21   lawnmower, other than Ariens, that you can recall?

22   A.   Sometimes -- well, many times they were on the Craftsman

23   as well.

24   Q.   Do you recall working on any Tecumseh engines while you

25   were at Kinney's?

1    A.    Yes.

2    Q.    Do you recall working -- recall any Tecumseh engines when

3    you were working at Merrow's?

4    A.    Yes.

5    Q.    Other than in the Ariens and Craftsman push-behind

6    lawnmowers, do you associate Tecumseh engines with any other

7    type of equipment, meaning snowblowers?

8    A.    Well, yeah, they'd be a snowblower, sure.

9    Q.    Do you remember the manufacturer of any of the snowblowers

10   where you might have encountered a Tecumseh engine?

11   A.    The Ariens.

12   Q.    Any others?

13   A.    Right off the top, no.

14   Q.    Okay.  Going back to the Tecumseh engines and the push

15   mowers, what horsepower were those?

16   A.    Three.

17   Q.    Were they four-stroke engines?

18   A.    Yes.

19   Q.    Single cylinder?

20   A.    Yes.

21   Q.    How about the snowblowers, what horsepower were those?

22   A.    They were like five.

23   Q.    How is it that you knew that all these were Tecumseh

24   engines?

25   A.    Well, Tecumseh engines had a decal mounted in the top

 1   shroud of the engine that looked like an Indian, and that's how

 2   it got its name, Tecumseh.  Something to do with the Indians.

 3   I can't exactly explain it, but.

 4   Q.   Okay.  What did the decal look like?  You said it was an

 5   Indian.  Was it a face?  Was it something else?

 6   A.   It was like a profile and it was red.  I remember red,

 7   black and white.  So at a glance, you could say, hey, that's a

 8   Tecumseh engine.

 9   Q.   Do you know any model numbers of the Tecumseh engines that

10   were on these lawnmowers?

11   A.   No, I do not.

12   Q.   Same applies for the snowblowers?

13   A.   Yes.

14   Q.   Earlier you responded to another defense counsel that you

15   weren't sure where Mr. Kinney got his parts.  Do you have any

16   idea where Mr. Kinney would have gotten his parts for Tecumseh

17   engines?

18   A.   Probably through, I want to say through --

19           MR. BRALY:  I'm sorry, I said that wrong.

20   A.   Probably through, I want to say through Sears.

21   Q.   Okay.  Do you know specifically where Mr. Kinney might

22   have gotten parts for Tecumseh engines?

23   A.   I just answered that.  I think it was through Sears.

24   Q.   Okay.  I was just making sure I understood you correctly.

25   A.   Oh, okay.  I'm sorry.  It's been a long day.

```
 1   Q.   I understand, believe me.  You're being a trooper.  Thank
 2   you.
 3        Where would that Sears have been?
 4   A.   Probably, I remember one in Methuen, Mass.
 5           MR. BRALY:  Forgive me.  Out-of-town names.
 6   Q.   Do you recall doing any of the gasket work that you talked
 7   to us about today on Tecumseh engines?
 8   A.   Yes.  Sometimes you'd have a blown head gasket.
 9   Q.   Can you tell me how many times you might have replaced a
10   head gasket on a Tecumseh engine?
11   A.   Not right off the top.  It wasn't very often.  I mean, I
12   didn't work on those if I could avoid it.
13   Q.   Can you tell me how many times you might have encountered
14   a Tecumseh engine generally.  Would it be more or less than
15   some of the other manufacturers?
16   A.   Less than the others.
17   Q.   On your list you have Cub Cadet, Yard-Man and MTD listed
18   as mowers.  Those are the push-behind mowers that we've been
19   discussing for the last two days; is that correct?
20   A.   That's correct.
21   Q.   And I know that a lot of these are lumped in together.
22   Can you tell me if you feel like you worked on a Cub Cadet at
23   both Kinney's and Merrow's?
24   A.   Yes.
25   Q.   Do you think you worked on a Yard-Man at both Kinney's and
```

1    Merrow's?

2    A.    Yes.

3    Q.    And do you think you worked on MTD products at both

4    Kinney's and Merrow's?

5    A.    Yes.

6    Q.    Were all these -- let me strike that.  Were any Yard-Man,

7    Cub Cadet or MTD products two-cycle?

8    A.    No.

9    Q.    Were they all four-stroke, one cylinder?

10   A.    Yes, sir.

11   Q.    Do you know the engine manufacturer for the Yard-Man push

12   mowers?

13   A.    I believe it was Briggs & Stratton.

14   Q.    Okay.  Same question with respect to the Cub Cadet.  Do

15   you remember the manufacturer of the approximately

16   three-horsepower engines on those push-behind mowers?

17   A.    Briggs & Stratton.

18   Q.    How about with respect to MTD, do you recall the engine

19   manufacturer of the push mowers?

20   A.    MTD?  Oh, yeah, sorry.  Briggs & Stratton, sorry.

21   Q.    You've given testimony about tune-ups and routine point

22   work and that type of stuff.  Did you do that work on Yard-Man

23   push-behind mowers?

24   A.    Yes.

25   Q.    Did you do that work on Cub Cadet push-behind mowers?

1    A.    Yes.

2    Q.    Did you do that work on MTD push-behind mowers?

3    A.    Yes.

4    Q.    Are you able to give me a percentage or an estimate of the

5    time that you worked on Yard-Man versus other manufacturers?

6    A.    They were all pretty much the same.  I mean, given the

7    fact that they were mostly all Briggs & Stratton engines and

8    they all looked the same, I mean, you're going through the same

9    procedure for all three.

10   Q.    Mr. Cook, how you doing?  It's Chris, of course, and I

11   hopefully have just a few questions.  I know it's been a very

12   long couple of days, and I really don't want to prolong it, but

13   there's a couple of things that I wanted to clarify in your

14   testimony from yesterday and today.  Are you okay to answer a

15   few more questions?

16   A.    Yes.

17   Q.    I'm going to go back to the Navy for just a few minutes.

18   And I want you to go ahead and grab that list that's on the

19   table.

20   A.    Yes.

21   Q.    I want to ask you about one of the pieces of equipment

22   that you listed up here towards the top.  Under Foster Wheeler

23   boilers, you've listed forced draft blowers.  Do you see that

24   on your list?

25   A.    Yes.

1  Q.   And next to that you wrote Westinghouse with each

2  Westinghouse blower driven by a Westinghouse turbine.  Did I

3  read that correctly?

4  A.   Yes.

5  Q.   And can you tell me where those blowers were located in

6  the forward fireroom of the *Mullinnix*?

7  A.   They were like toward the top of the compartment, if you

8  will.  They had these tubes or vents coming down where I was

9  checking water, and I sat underneath one of those all the time,

10 most of the times.

11 Q.   So were there a set number of blowers for each Foster

12 Wheeler boiler?

13 A.   Yes.  There were probably two for each, the top, two at

14 the bottom.

15 Q.   And your normal duty post was up there on the second

16 level; is that correct?

17 A.   Yes, that's correct.

18 Q.   Is that where the blowers were located?

19 A.   Yes.

20 Q.   How were those blowers driven, how were they powered?

21 A.   They were turbine, by steam.

22 Q.   And were those turbines, were they bare metal or was there

23 something -- or were they covered with something?

24 A.   They were covered.

25 Q.   And what were they covered with?

1    A.    Asbestos.

2    Q.    And during overhaul work, did you ever see those

3    Westinghouse turbines worked on?

4    A.    Yes, by the yardbirds.

5    Q.    And during the course of your work, did you ever have

6    to -- did they ever have to remove the asbestos in order to do

7    whatever work they were going to do on the turbines?

8    A.    Yes.

9    Q.    And did you see that done?

10   A.    Yes.

11   Q.    Moving on, I want to ask you if you can look at your list.

12   Go down under valves.   The second valve listed is Crosby.   Do

13   you see that?

14   A.    Yes.

15   Q.    And I know there were some questions asked to you about

16   Crosby and whether or not you remembered that name or

17   associated that name with pumps or valves on the *U.S.S.*

18   *Mullinnix*.   According to your list, you have it under valves.

19   Does that refresh your recollection as to your recollection of

20   Crosby on the *Mullinnix*?

21   A.    Yes.

22   Q.    You were asked a number of questions by counsel for Foster

23   Wheeler.   Do you recall that testimony?

24   A.    Yes.

25   Q.    Some of the work that you remembered doing was punching

1  tubes in the Foster Wheeler boiler, correct?

2  A.    Correct.

3  Q.    And you testified that you had to open up the steam drum.

4  Do you remember that testimony?

5  A.    Yes, I do.

6  Q.    Where is the steam drum located on a Foster Wheeler

7  boiler?

8  A.    On the very top of the boiler.

9  Q.    And is that steam drum insulated?

10  A.    Yes, it is.

11  Q.    What is it insulated with?

12  A.    Asbestos.

13  Q.    In order to do that work on the tubes, what, if anything,

14  did you have to do with the asbestos installation on the steam

15  drum?

16  A.    We had to remove the cover off that steam drum cover, if

17  you will.  There's a big large metal cover underneath it.  The

18  asbestos covering.  And we actually had to remove the door to

19  the drum.

20  Q.    And when you finished that work, did you have to replace

21  the asbestos insulation?

22  A.    Yes.  The gasket for the metal door had to be replaced.

23  Q.    Okay.  And that's something different.  So you had to --

24  did you have to remove the gasket to get into the drum?

25  A.    You didn't have to remove it, but it was going to come off

1    anyway at some point.

2    Q.    Okay.  How big a gasket was that?

3    A.    Well, if it was a 36-inch diameter, pretty big.

4    Q.    Okay.  And that was part of the Foster Wheeler boiler,

5    correct?

6    A.    Correct.

7    Q.    And you had to replace that gasket when you were closing

8    it up?

9    A.    Yes, sir.

10   Q.    And did you also have to replace the asbestos insulation

11   on the outside of the steam drum?

12   A.    No, not always.  Because a lot of times you could get it

13   off without a problem.  Other times you had to like recement it

14   on.

15   Q.    Okay.  But either way, even if it wasn't damaged in taking

16   it off, you still had to put it back on afterwards, correct?

17   A.    Correct.

18   Q.    And you also talked about the overhaul work during the

19   first eight weeks on board.  Do you remember some of that

20   testimony?

21   A.    Yes, I do.

22   Q.    And I know that you did that overhaul work on the boilers

23   during each of the subsequent overhauls, three in total; is

24   that right?

25   A.    Correct.

1   Q.   You talked about asbestos panels on the inside of the

2   Foster Wheeler boiler.  Do you remember that testimony?

3   A.   Yes.

4   Q.   Can you describe what you saw and what you're describing

5   as an asbestos panel inside the Foster Wheeler boiler?

6   A.   Well, inside they had these panels that were like two and

7   a half, three foot long by a couple and a half, two feet wide,

8   and maybe only a couple inches thick, and that panel was white,

9   so we knew it was asbestos.

10   Q.   And is that -- are you describing asbestos block, the

11   insulation block inside the boiler?

12   A.   Yes.

13   Q.   And again, that is material that had broken down, it was

14   being taken out and you removed from the boiler, correct?

15   A.   Correct.  And when those -- there was quite a bit of stuff

16   that had to be removed and taken out and cleaned up, so the

17   yardbirds could get back in there and reinstall new material.

18   Q.   And describe what conditions were like when you were

19   working on a job like that, removing from the Foster Wheeler

20   boiler?

21   A.   Well, I mean, being inside the boiler like that, for me,

22   it was the very first time and it just seemed like it was so

23   long and closed and there was all this stuff that was piled up

24   in the middle of the floor that the yardbirds had taken off the

25   walls, and then to have to pull all that stuff out and get rid

1    of it in the dumpster on the pier --

2    Q.   Was it a dusty process?

3    A.   Very dusty, very, very.

4    Q.   Did you breathe that dust?

5    A.   Yes.

6    Q.   Did Foster Wheeler provide you with any warning about the

7    dangers of breathing asbestos while you were on the *Mullinnix*?

8    A.   No.

9    Q.   Was there any warning about the dangers of asbestos on the

10   big plaque on the boiler that said Foster Wheeler that you

11   described earlier?

12   A.   No, there was not.

13   Q.   Was there room on that plaque to put a warning if Foster

14   Wheeler had chosen to do so?

15   A.   I suppose they could have, yes.

16   Q.   There was some confusion I think when you were asked

17   questions about the number of times you were inside the Foster

18   Wheeler boiler, and I wanted to ask you about that.  You

19   testified, I know, that during the first eight-week overhaul

20   you estimated that you were inside three to five times.  Do you

21   remember that testimony?

22   A.   Yes, I do.

23   Q.   And you were being asked a bunch of questions about the

24   eight-week overhaul.  What I want to ask you is, after that

25   eight-week overhaul, during the subsequent overhauls, were you

```
 1   also inside the Foster Wheeler boiler when you had to do that
 2   same work?
 3   A.   Yes.
 4   Q.   And how often did that happen during those subsequent
 5   overhauls?
 6   A.   I mean, again, it would be three, four, five times.  It
 7   just depended on how much -- I'm sorry -- it just depends on
 8   how much had to be exposed for the yardbirds.
 9   Q.   Okay.
10   A.   On the very last one, that was the major overhaul and
11   everything got done.
12   Q.   Oh, you're right.  And that brings up a good point.  Just
13   bear with me for a minute.  In your mind, that 19 -- that last
14   overhaul, the 1968 overhaul, you described it as a major
15   overhaul, correct?
16   A.   Correct.
17   Q.   Now, I know there have been a lot of questions sort of,
18   you know, asking you to estimate time and how long one thing
19   lasted and then the next thing.  And I know that's hard to do.
20   But I want you to just bear with me.  I'm looking for
21   something.  Let me see if I can put my hands on it.  Would you
22   dispute or would you have any reason to disagree with the fact
23   that that overhaul lasted from March of 1968 until September of
24   1968?  Does that sound fair to you?
25   A.   That's pretty fair, yes.  There was not -- there was major
```

1    work being done.

2    Q.   And, of course, there are records that tell us exactly

3    when the ship was there for dry dock, right?

4    A.   Yes.

5    Q.   Just bear with me.  Did you ever see any warnings about

6    the dangers of asbestos on any other equipment in the forward

7    fireroom of the *U.S.S Mullinnix*.

8    A.   No, sir.

9    Q.   Did you ever see any warnings about the dangers of

10   asbestos on any of the pumps in the forward fireroom?

11   A.   No, sir.

12   Q.   Ever see any warning of the dangers of asbestos on the

13   valves in the forward fireroom?

14   A.   No, sir.

15   Q.   Ever see any warnings about the dangers of asbestos on the

16   turbine in the forward fireroom?

17   A.   No, sir.

18   Q.   Anywhere at all, on any of the equipment in the forward

19   fireroom, did you ever see any warnings about the dangers of

20   asbestos?

21   A.   No, sir.

22   Q.   Moving on to the yard work and lawnmower work, you

23   mentioned exhaust gaskets, as well as the other gaskets that we

24   talked about.  I wanted to just follow up on that.  Were there

25   certain mowers or certain engines where you also had to deal

1  with the exhaust gaskets in making repairs and tune-ups to

2  lawnmowers?

3  A.   Yes.

4  Q.   And do you recall which engines the exhaust work came into

5  play on?

6  A.   Mostly Briggs & Stratton.

7  Q.   And can you describe the exhaust gasket and what material

8  that was made of?

9  A.   The exhaust gasket was a sandwich gasket.

10  Q.   Okay.  And do you believe that the exhaust gasket

11  contained asbestos?

12  A.   Yes, and --

13  Q.   Okay.  Go ahead.

14  A.   I was going to say that not all of them had that.  Some of

15  them had a screw-in type muffler.

16  Q.   Are you able to tell us which lawnmowers with Briggs &

17  Stratton engines had the asbestos exhaust gaskets that you

18  remember?

19  A.   No.

20  Q.   Are you able to tell us how frequently you encountered

21  that type of exhaust gasket?

22  A.   Not very often.

23  Q.   Are you able to tell us whether it happened more at Herman

24  Kinney's or more at Bob Merrow's?

25  A.   Probably was more at Bob Merrow's because of the volume

1    that Bob Merrow did versus what Kinney did.

2    Q.    Okay.  And when you had to do the work on the exhaust

3    gaskets, was it the same process as you already described with

4    respect to the other sandwich gaskets?

5    A.    Yes.

6    Q.    Was there anything different about it that stands out to

7    you?

8    A.    No.

9    Q.    I'll try to be quick here.  You just mentioned when

10   speaking with your attorney that you now recall Crosby was a

11   valve that you saw on the *Mullinnix*; is that right?

12   A.    Yes.

13   Q.    So you don't associate Crosby with pumps; is that right?

14   A.    That's right.

15   Q.    Did you see the Crosby name on any of the valves you

16   encountered in the *Mullinnix*?

17   A.    Yes.

18   Q.    Where was it?

19   A.    On the body -- I'm sorry -- on the body of the valve

20   itself.

21   Q.    Did it just have the name Crosby?

22   A.    Yes.

23   Q.    Anything else that you recall?

24   A.    No.

25   Q.    And all of the -- were all of the Crosby valves that you

1    encountered on the *Mullinnix* in the forward boiler room?

2    A.   Yes.

3    Q.   Were they all a part of the boiler in that room?

4    A.   Yes.

5    Q.   What was their function on the boilers?

6    A.   I don't know.

7    Q.   Did you ever personally work on, that is, repair,

8    maintain, move, do any hands-on work on a Crosby valve on the

9    *Mullinnix*?

10   A.   No.

11   Q.   Do you recall any others working specifically on a Crosby

12   valve in your presence while you were on the *Mullinnix*?

13   A.   There could have been others working on them but, again,

14   that wasn't for me to do.

15   Q.   Well, my question was whether you remember seeing anybody

16   else specifically -- work specifically on a Crosby valve while

17   you were on the ship?

18   A.   I mean, all I can say is that there could have been.  I

19   just don't know.

20   Q.   Okay.  So it would be accurate to say that others were

21   working on equipment on the ship while you were there?

22   A.   Yes.

23   Q.   Some of it could have been Crosby, but you don't recall

24   actually seeing them work on Crosby valves?

25   A.   Not specifically, no.

1   Q.   Do you know what a safety valve or a relief valve is?

2   A.   Do I know what it is?

3   Q.   Yes.

4   A.   It has a function to relieve pressure.

5   Q.   Do you know if the Crosby valves on the *Mullinnix* were

6   safety valves or relief valves?

7   A.   I don't know.

8   Q.   Can you describe the Crosby valve that you saw on the

9   *Mullinnix* in terms of color, shape, size?

10   A.   There are so many valves in the boiler room on a boiler, I

11   can't be specific, no.

12   Q.   Do you recall if they were insulated on the outside?

13   A.   No.

14   Q.   I assume you don't recall any series numbers or model

15   numbers or serial number?

16   A.   No, not at all.

17   Q.   I understand from your testimony that you identified

18   Westinghouse forced draft blowers and forced draft blower

19   turbines in the forward fireroom of the *Mullinnix*, correct?

20   A.   Correct.

21   Q.   I'm going to break it down for the forced draft blowers

22   and forced draft blower turbines separately.  Okay?  Did you

23   ever perform any work on the forced draft blowers themselves on

24   the *Mullinnix* in the forward fireroom?

25   A.   No.

1   Q.   Did you ever see anyone perform any work on just the

2   forced draft blowers themselves?

3   A.   The yardbirds would do that work.

4   Q.   Did you ever witness them specifically performing work on

5   a Westinghouse forced draft blower?

6   A.   Yes.

7   Q.   Do you know the nature of that work?

8   A.   No.

9   Q.   Can you describe what they were doing?  They took --

10       MR. BRALY:  Oh, sorry.

11  Q.   Can you describe what they were doing?

12  A.   They took all the housing and everything apart from it.

13  Q.   Do you know why they were doing this work?

14  A.   No, I don't know why.

15  Q.   Okay.  Do you know what tools they used?

16  A.   I don't.

17  Q.   Do you know the material composition of any of the

18  internal components of the forced draft blower?

19  A.   Well, there was the metal casings and asbestos.

20  Q.   Okay.  And what is the basis for -- well, strike that.

21  What parts were asbestos?

22  A.   The inner panels.

23  Q.   And what made you believe that the inner panels of the

24  forced draft blowers were asbestos?

25  A.   Talking with the yardbirds.  They said it was asbestos and

1   had to be taken out and they'd put in new.

2   Q.   Okay.  Can you describe the dimensions of the forced draft

3   blowers?

4   A.   Oh, gosh, not really.

5   Q.   How about the color?

6   A.   No.

7   Q.   Shape, the general shape of the forced draft blowers?

8   A.   All I know is they were pretty huge.  They were up in the

9   top of the boiler room.

10  Q.   Okay.  And what was the purpose of forced draft blowers?

11  A.   Well, they added ventilation to the different stations.

12  My duty was checking the water level on the boiler, and there

13  was a big vent right there that I basically sat under.

14  Q.   Okay.  And was that the removal of the outer casing that

15  you described on the forced draft blower, was that -- did you

16  only see that work done on one occasion?

17  A.   Yeah, I didn't pay any attention to it at all.  Probably,

18  yes.

19  Q.   All right.  Do you know what year this was?

20  A.   I want to say '68.

21  Q.   And how long did the work on the forced draft blower take?

22  A.   I can't really answer that specifically because, I mean,

23  my watch was like every four hours.  I mean, there could have

24  been just the yardbirds working on there when I wasn't even in

25  the boiler room.

1  Q.   Okay.

2  A.   I honestly don't know how long it took them.

3  Q.   Okay.  And with respect to just the forced draft blowers,

4  did you -- how far were you away from the yardbirds when they

5  performed this work?

6  A.   Well, they were in the -- they were in the upper section

7  of the boiler room and I was on the second level.

8  Q.   Okay.  So can you estimate in feet how far that may have

9  been?

10  A.   15, 20.

11  Q.   Okay.  From 15, 20 feet away, you could see the type of

12  work that they were doing?

13  A.   Not specifically.

14  Q.   Okay.  So the only work that you can state with respect to

15  the forced draft blowers is that they were removing the

16  outside?

17  A.   Yes, sir.

18  Q.   Okay.  Do you know what the material composition of the

19  outside piece was?

20  A.   I believe it was metal.

21  Q.   Metal.  Okay.  And there was no insulation on the forced

22  draft blower, correct?

23  A.   No.

24  Q.   Okay.  I'm going to move on to the turbines associated

25  with the forced draft blowers.  Did you perform any work on the

1    turbines associated --

2    A.    No.

3    Q.    -- with the forced draft blowers?

4    A.    No.

5    Q.    Did you see -- I'm sorry.

6    A.    I said no.

7    Q.    Okay.  Did you ever see any, ever see anyone else perform

8    work on those turbines?

9    A.    The yardbirds probably did.  I can't be specific.

10   Q.    So if I understand your testimony, you don't have a

11   specific recollection of seeing a yardbird work on a

12   Westinghouse turbine associated with a forced draft blower,

13   correct?

14   A.    They could have been working on it.  I just didn't know

15   it.

16   Q.    Okay.  And what was the size of the turbine?

17   A.    I can't answer that.

18   Q.    Can you describe just how it looked or the shape?

19   A.    No.

20   Q.    Was the turbine insulated?

21   A.    Yes.

22   Q.    Can you describe the insulation?

23   A.    Well, it appeared to be an asbestos covering.

24   Q.    Okay.  And what made you believe it was an asbestos

25   covering?

1   A.   Because the covering looked like everything like all the

2   rest of the ship in the forward fireroom that was covered with

3   the stuff and painted.

4   Q.   Okay.  So would it be accurate to describe it similar to

5   the insulation pads that the Navy put on things?

6   A.   Yes.

7   Q.   Okay.  Do you know how long the insulation had been on

8   Westinghouse forced draft blower turbines?

9   A.   I do not know that.

10  Q.   And how many times did you see any work on Westinghouse

11  forced draft turbines by yardbirds?

12  A.   Probably just that one, that one time, but it took a few

13  days.  It didn't happen in one day.

14  Q.   All right.  Do you know the process -- can you describe

15  the process of their work that they performed on the turbine?

16  A.   No.  No, because they had their thing to do and we had

17  ours and we tried not to interfere with each other.

18  Q.   Okay.

19  A.   I mean, you're lucky if they even talked to you.

20  Q.   Okay.  So would it be fair to say that generally you would

21  be in the vicinity of, but as you had your own duties and

22  responsibilities, you wouldn't be paying attention necessarily

23  to everything they were doing?

24  A.   That's correct.

25  Q.   All right.  Now, you have no information that the work

1    that they performed on any of the Westinghouse forced draft

2    blower turbines had any asbestos gaskets in it, correct?

3    A.   Can you repeat the question.

4    Q.   Sure.  You don't have -- you don't know if any of the work

5    that the yardbirds may have performed on the turbines, the

6    Westinghouse turbines involved any work with asbestos gaskets,

7    correct?

8    A.   Not to my knowledge, I don't.  I don't know.

9    Q.   Okay.  And during the time period that you saw work on the

10   Westinghouse forced draft blower, or the associated turbine,

11   what was your rating?

12   A.   Third class boilerman.

13   Q.   And would it be fair to say that the forced draft blowers

14   or the associated turbines, you don't know their maintenance

15   history, correct?

16   A.   Correct.

17   Q.   And any insulation that was -- that may have been on the

18   turbines, you don't know who supplied that, correct?

19   A.   Correct.

20            MR. BRALY:  Aaron, hold on a second.

21            Your Honor, there is a natural break in this.

22            THE COURT:  Perfect.  I was just going to ask.

23            Fifteen-minute break.

24            COURTROOM CLERK:  All rise for the jury.

25            (Jury exits the courtroom.)

```
1              (Recess, 11:14 a.m. - 11:32 a.m.)
2              THE CLERK:  All rise for the jury.
3              (Jury entered the courtroom.)
4              THE CLERK:  Court is back this session, please be
5    seated.
6    Q.    Hello.  When Attorney Duffy was asking you some questions,
7    additional questions about gaskets on Briggs & Stratton
8    engines, that's just what I wanted to quickly follow up on.
9    A.    Yes.
10   Q.    You told Attorney Duffy that there was a sandwich gasket
11   that could be found on Briggs & Stratton.  Is it exhaust or is
12   it manifold?
13   A.    The exhausts.
14   Q.    Okay.  Now, you testified that you did not encounter them
15   very often, but could you be any more specific, in an average
16   week, say, for Mr. Kinney how often would you encounter these
17   gaskets?
18   A.    I wouldn't dare guess.
19   Q.    Could it have been -- and again, I'm not trying to put
20   words in your mouth -- could it have been less frequently than
21   once a month?
22   A.    I would say two to four times a week.
23   Q.    In a week.  And how about the same question for when you
24   were working at Merrow's?
25   A.    Merrow's, it would have been higher because of the volume
```

1    that they did.

2    Q.   Can you estimate how much more or just that it would be

3    more?

4    A.   It would be more.

5    Q.   Okay.  And, like, I asked you for the other type of

6    sandwich gaskets, can you estimate what percentage of the time

7    they would get stuck on versus release freely?

8    A.   Are we talking on that exhaust?

9    Q.   Specific to the sandwich exhaust gaskets on the Briggs &

10   Stratton engines, yes.

11   A.   They would stick on as often as the head gasket would

12   because it was much lower.

13   Q.   And then the last question:  What was the approximate

14   size?  And by that I mean the diameter of these sandwich

15   gaskets.

16   A.   On the exhausts?

17   Q.   Yes.

18   A.   Probably about the size of a silver dollar --

19   Q.   Okay.

20   A.   -- or a little bit smaller, maybe.

21   Q.   Okay.  So approximately in the range of an inch in

22   diameter?

23   A.   Oh, yeah, yeah.

24   Q.   And it outlines your medical care providers and then your

25   employers.  So I want to talk a little bit about your current

1    health condition and your medical providers, if I can reorient

2    you that way.

3              When you moved to North Carolina, did you begin --

4    strike that -- was your primary care physician affiliated with

5    the VA facility that you had been treating with recently?

6    A.    No.

7    Q.    When did you first have any healthcare provided to you

8    through the VA?

9    A.    I applied for it in 2003.

10   Q.    And when you lived in Massachusetts, did you have any

11   medical care provided to you through the VA?

12   A.    No.

13   Q.    And I have from Mr. Duffy, and I'm sorry if I pronounce

14   the name wrong, how do you pronounce the name of your primary

15   care physician?

16   A.    Dr. Paniagua.

17   Q.    Paniagua.  Okay, thank you.

18             And how long has Dr. Paniagua been your primary care

19   physician.

20   A.    Oh, gosh, quite a few years now.

21   Q.    Okay.  More than ten?

22   A.    Probably not more than ten.

23   Q.    Do you recall the name of your primary care physician

24   before Dr. Paniagua?

25   A.    There were several before her.  There was Dr. Murphy and

1    then there was Dennis Redfern.

2    Q.    And where was Dr. Murphy located?

3    A.    He was in Salisbury at the VA for a short time.

4    Q.    Okay.  And then Dr. Redfern?

5    A.    Dennis Redfern was the first one I ever saw when I started

6    going there, and he ended up retiring.

7    Q.    So that takes us back to when you started receiving care

8    at the VA; is that accurate?

9    A.    Yes.

10   Q.    And do you recall who your primary care physician was

11   before you started having a primary care physician at the VA?

12   A.    No, it was just Dennis Redfern and Dr. Murphy, and that

13   was it.

14   Q.    Okay.

15   A.    There was one more, one more in there, but I can't

16   pronounce his name.  I don't remember it.  He probably lasted

17   for about a month.

18   Q.    Okay.  We referenced it yesterday, Mr. Cook, and it's the

19   list of your medications and surgeries.  On the front page it

20   looks like a 2, updated it says 2/2020, it was crossed out, and

21   then said 12/2021.

22        And then it lists typewritten a number of surgeries

23   and medications and then some handwriting.

24   A.    Yes.

25   Q.    Are you familiar with that document?

 1    A.    Yes.

 2    Q.    Do you have it with you?

 3    A.    I do.

 4    Q.    Can you take it out?

 5    A.    I am.  I follow orders quite well.

 6    Q.    Let me know when you're all set.

 7    A.    All right.  I have it in my hand.

 8    Q.    Okay.  Is any of the handwriting on what we marked as

 9    Exhibit 7 yours?

10    A.    Yes.

11    Q.    Okay.  Is all of the handwriting on Exhibit 7 yours?

12    A.    Yes.

13    Q.    Did you type this up?  Because you said your wife helped

14    you with this.  Did you type this up, or did your wife type it

15    up?

16    A.    My wife did it on a computer.

17    Q.    Okay.  And it looks like you started -- is this the first

18    time you did such a document in February of 2020?

19    A.    Yes.

20    Q.    Okay.  And one of the entries I'd like to ask you about is

21    the throat/uvula surgery that you had in the 1990s.  Where did

22    you have that surgery?

23    A.    At Davis Hospital in Statesville.

24    Q.    And what was that surgery for?

25    A.    Well, I snored a lot, and my wife couldn't take it, so we

1    seeked out this doctor and he said I can take care of that for

2    you.  But then, guess what?

3    Q.   It didn't work?

4    A.   It didn't work.

5    Q.   And then it looks like in 2001, it says heart attack and

6    four stents.

7    A.   Yes.

8    Q.   You had heart surgery in March of 2001; is that correct?

9    A.   They did a heart cath in 2001 to determine how blocked up

10   I was, and they decided they could not do open heart surgery,

11   but they could do the stents instead.

12   Q.   And did that surgery take place in March of 2001?

13   A.   Yes.

14   Q.   And where did you have that surgery?

15   A.   Baptist Hospital in Winston-Salem, North Carolina.

16   Q.   And is that facility affiliated at all with the VA?

17   A.   The VA might use them at times, but other than that, I

18   don't know.

19   Q.   Okay.  And it says that you had a heart attack.  Is that

20   the first time that you had a heart attack?

21   A.   Yes.

22   Q.   And then it looks like you had stents again in November of

23   2004 and April of 2007; is that correct?

24   A.   That's correct.  I have a total of six stents now.

25   Q.   Okay.  And where did you have the surgery, the stent

1    surgery in 2004?

2    A.    At Baptist Hospital in Winston-Salem.

3    Q.    And what about the one in April of 2007?

4    A.    Same place.

5    Q.    And is that the last time you had stent surgery, in 2007?

6    A.    Yes.

7    Q.    Have you had any other surgeries related to your heart

8    since 2007?

9    A.    No.  They've done several heart caths just to make sure

10   I'm doing okay and nothing's clogging up, because there were

11   signs of some areas that were getting clogged up a bit, but

12   they thought they might stop, if you will.

13   Q.    Okay.  And I see on this list, there's two entries for

14   heart caths, and one says "heart cath Asheville" in 2012 and

15   then again in 2016.  What's the name of the facility in

16   Asheville?

17   A.    It's the VA Hospital in Asheville.

18   Q.    Do you know the name of that VA?

19   A.    Not right off the top of my head, no.

20   Q.    Do you know if there's more than one VA facility in

21   Asheville?

22   A.    No, there's only one.

23   Q.    And that's Asheville, North Carolina, right?

24   A.    Yes.

25   Q.    And then the one above it, "heart caths," it says

1    Kernersville, one in September 2017 and one in February of

2    2019.  And what's the name of the facility in Kernersville

3    where you had that procedure?

4    A.    That is also a VA facility.

5    Q.    That's in North Carolina, right?

6    A.    Correct.

7    Q.    Okay.

8    A.    Yes.

9    Q.    So the most recent heart catheter procedure that you had

10   was in 2019?

11   A.    Yes.

12   Q.    And do you recall what the findings were from that?

13   A.    I didn't have to have any more stents.

14   Q.    Okay, congratulations.

15   A.    Thank you.

16   Q.    And is there a doctor or a facility at which you follow

17   for your heart since 2019?

18   A.    Yeah, I do it at the Salisbury VA, and my cardiologist

19   doctor there is Dr. Hodgkiss.

20   Q.    Okay.  And you have on here that two times in 2017 you had

21   ear surgeries for cancer.  What kind of cancer?

22   A.    Well, it was on this ear right here, and it was -- all I

23   know is they said it was cancerous and had to come out.

24   Q.    Was it a type of skin cancer?

25   A.    Yes.

1  Q.   And where did you have those procedures?

2  A.   In the Salisbury VA.

3  Q.   At the VA?

4  A.   Yes.

5  Q.   Okay.  And then in handwriting we have a biopsy in

6  January, January 11 of 2021, and then cancer surgery on May 20,

7  2021.  Are those both related to your mesothelioma?

8  A.   Yes.

9  Q.   And where did you have the biopsy?

10 A.   The biopsy was done in Salisbury, North Carolina.

11 Q.   And where was the cancer surgery?

12 A.   Cancer surgery was at the Duke University Hospital in

13 Durham, North Carolina.

14 Q.   And do they do surgeries at Duke in conjunction with the

15 VA?

16 A.   Yes.

17 Q.   And --

18 A.   They had --

19 Q.   Go ahead.

20 A.   I had Community Care to be able to go there.

21 Q.   And that's through the Veterans Administration, right?

22 A.   Yes, because I requested a second opinion.

23 Q.   And was the second opinion at Duke?

24 A.   Yes.

25 Q.   And that's where you had your surgery?

```
1    A.    Yes.

2    Q.    And who is your current oncologist?

3    A.    Well, right now I'm on Community Care here in Statesville,

4    North Carolina.

5    Q.    Okay.

6    A.    And Dr. Sholar is the oncologist, and she's out of Baptist

7    as well, but she also takes Community Care from the veterans.

8    So that's who I'm working with right now.  But in Salisbury, I

9    also have one there whose name is Dr. Williams.

10   Q.    And is there one doctor that is sort of overseeing all of

11   your care?

12   A.    It's -- pretty much right now it's Dr. Sholar, but she's

13   working with others, like Dr. Williams in Salisbury, and also

14   working with Dr. Harpole and another doctor, Dr. Clarke at

15   Durham.

16   Q.    Okay, so --

17   A.    But they're all --

18   Q.    They're your team?

19   A.    Yes.

20   Q.    Okay.  Anyone else that you have seen or treated with for

21   your mesothelioma?

22   A.    No.

23   Q.    Okay.  And the medications that are listed on here that

24   we've marked as Exhibit 7, is that a list of current

25   medications?
```

1    A.    Yes, but at the very bottom it shows lubricating ointment

2    both eyes.

3    Q.    Yes.

4    A.    That one's been discontinued very recently.  We need to

5    cross that out.

6    Q.    And I see it says -- Spiriva is crossed out?

7    A.    Yes.

8    Q.    And it looks as of 8/17?

9    A.    Yes.

10   Q.    So that was August 17 or August of 2017, that was

11   discontinued?

12   A.    August 17th.

13   Q.    Of 2021?

14   A.    Yes, I'll put that in there.

15   Q.    That's okay.  And all of the rest would be your current

16   medications, right?

17   A.    Yes.

18   Q.    And are there any of medications that you take currently

19   that are not on this sheet?

20   A.    No.  We came up with this list mainly because of in case

21   of emergencies.  You know how they always ask you those

22   questions?  Now we can just hand them this.

23   Q.    That's a good system, actually.

24   A.    It is.  My wife has a list as well, and it's been helpful,

25   because she was in the hospital earlier this year and I was

1    just able to hand it.

2    Q.   Mr. Cook, is there any history of cancer in your family?

3    A.   Yes.

4    Q.   And what members have had cancer?

5    A.   My oldest brother has lymphoma.  And another brother, his

6    son died of cancer, but we have no knowledge or any proof that

7    it was true.  My brother, that brother particularly, didn't go

8    to the doctor no matter what.  So if he knew he had it, he

9    wasn't telling anybody, and he just died with it.  We really

10   don't know.

11   Q.   Any other -- strike that.

12        Your oldest brother that had lymphoma, what's his

13   name?

14   A.   William.

15   Q.   And how much older than you is he?

16   A.   Ten years.

17   Q.   Any of your other siblings, or if you had any other

18   siblings, any of them have cancer?

19   A.   No.

20   Q.   Did either of your parents have cancer?

21   A.   No.

22   Q.   What was your father's cause of death?

23   A.   Well, we were told at the time that he had -- that he was

24   strangulated by a hiatal hernia.  We've had doctors tell us

25   that's impossible.

1   Q.   Okay.

2   A.   So there's no way --

3   Q.   When did he die?

4   A.   When?

5   Q.   Yes.

6   A.   Oh, gosh, ten years ago or so.  It could have been more.

7   I can get it out of the book.

8   Q.   That's okay.  Just your best memory today is fine.

9        What was your mother's cause of death?

10  A.   My mother's cause of death was a broken heart.

11  Q.   And when did she pass away?

12  A.   Probably eight years ago, but she went through hell, if

13  you will.  She had amputees from her toes, foot, up to her

14  knee.

15  Q.   Did either of your parents have any heart conditions?

16  A.   Not that I know of.

17  Q.   Did you ever smoke, Mr. Cook?

18  A.   I did.

19  Q.   And what years did you smoke?

20  A.   Oh, gosh, from '64 to about '90.

21  Q.   Did you always smoke the same brand of cigarettes?

22  A.   Well, I kind of bounced around a bit.

23  Q.   And what brands of cigarettes did you smoke?

24  A.   Mostly Marlboro's, and there was also a time when I was

25  smoking Domino's only because they were cheap.

1   Q.   And approximately how many cigarettes did you smoke a day?

2   A.   Probably a pack a day.

3   Q.   And did you quit in 1990?

4   A.   Yes, thereabouts.

5   Q.   And you were still smoking cigarettes when the warnings

6   came out on cigarette cartons?

7   A.   Yes, yes.

8   Q.   Why did you quit in 1990?

9   A.   Well, I tried several times to quit, and I was really

10   addicted to it, you know, and finally the family kept saying,

11   you gotta quit, you gotta quit, so I gave it my best and I

12   quit.

13   Q.   And so 1990 was the charm?

14   A.   Yes.  I tried several times before that.

15   Q.   Now, you told us yesterday that you retired in 2009, and

16   that was the end of your employment; is that accurate?

17   A.   Yes, they no longer needed me.

18   Q.   Did you do any -- after 2009, did you do any other types

19   of work for pay like you had done in Massachusetts in terms of

20   the lawn mower work?

21   A.   No, I did not.

22   Q.   When you retired in 2009, did you receive a pension?

23   A.   Well, it wasn't a pension; I got a severance pay.

24   Q.   That was a lump sum payment?

25   A.   Yes.

1   Q.   Do you remember how much that was?

2   A.   It was 50 some-odd thousand dollars, but the sad part of

3   that was, when I went to collect, you know, Social Security for

4   unemployment, I found out that we had to use all that up first

5   before I could collect a penny.

6   Q.   And you said two different things.  So how old were you in

7   2009?

8   A.   Sixty-two.

9   Q.   And so you filed an unemployment claim?

10  A.   Yes.

11  Q.   And you left -- it was Amesbury at the time, right?

12  A.   Correct.

13  Q.   AmesburyTruth?

14  A.   Yes.

15  Q.   But they said you had to use up the $50,000 before you

16  could qualify for funds under unemployment?

17  A.   Yes.

18  Q.   Okay.  And then at some point did you begin receiving

19  Social Security payments?

20  A.   Yes.

21  Q.   And how old were you when you started receiving Social

22  Security payments?

23  A.   God, my wife's not here and I don't have access --

24  Q.   If you don't remember, that's fine.

25  A.   I don't remember.

1   Q.   And you still receive Social Security, correct?

2   A.   Yes, so I know I received it early.

3   Q.   Okay.  Do you know how much per month you receive from

4   Social Security?

5   A.   Right off the top, no.

6   Q.   Okay.

7   A.   My wife has all that stuff, and she's the brains of the

8   outfit, if you will.

9   Q.   Mr. Cook, have you made any claims to the VA as a result

10  of your mesothelioma?

11  A.   Not really.

12  Q.   Do you know whether you filed any VA disability claim?

13  A.   No.

14  Q.   Do you have any type of pension from the VA?

15  A.   I do.

16  Q.   And how much a month do you receive from the VA?

17  A.   3,600.

18  Q.   And when did you start receiving your VA pension?

19  A.   Well, that goes back a few years, because originally they

20  were only allowing me a 10 percent disability for my heart, and

21  that went on for several years.  And finally, my heart doctor

22  was able to establish that my numbers were such that I needed

23  to be at a hundred percent.  And, again, I didn't have that

24  information in front of me.

25  Q.   That's okay.  And so at some point that increased from a

1   10 percent disability to a hundred percent disability and the

2   medical basis was the condition of your heart?

3   A.    Yes.

4   Q.    Okay.

5   A.    Now, to back up a little bit, it was really only like

6   3,300 at the time, and since I've had this cancer, they've

7   added another 300-something dollars to it.  Why, I don't know.

8   Q.    So you got an increase in your monthly payment to 3,600,

9   and so now there's the heart condition and the cancer that

10  factors into that; is that correct?

11  A.    Yes, correct.

12  Q.    To the best of your understanding, right?

13  A.    Yes.

14  Q.    Okay.  Other than your Social Security and your VA

15  payment, do you have any other currents sources of income?

16  A.    I have some money from a 401(k) that I had while I was

17  working and we were putting money into it every pay period.

18  Q.    And did Mrs. Cook work outside the home?

19  A.    She did, but not very much.

20  Q.    Does she receive Social Security?

21  A.    Yes.

22  Q.    Do you know what her Social Security benefit is?

23  A.    I don't.

24  Q.    Does she have any other income currently?

25  A.    No.

1   Q.   Did you ever file any type of workers' compensation claim?

2   A.   No.

3   Q.   Have you ever been diagnosed with any other lung

4   condition?

5   A.   No.

6   Q.   Do you recall if anyone ever told you you had pleural

7   plaques?

8   A.   There was suspicion of it back in 2016.  They saw

9   something on one of the x-rays that was suspicious is what they

10  said.

11  Q.   And did you have follow-up x-rays on a periodic basis for

12  that?

13  A.   Usually it was every year.

14  Q.   And was that at the VA?

15  A.   Yes, and the same information would show up.

16  Q.   And when did you first start experiencing symptoms from

17  your mesothelioma?

18  A.   Oh, gosh, last fall it started.

19  Q.   I just want the record to be clear, that's the fall of

20  2020?

21  A.   Yes.

22  Q.   And I actually want to back up for one minute, because you

23  had mentioned that at the time you visited the *Mullinnix*, your

24  two daughters came with you.  You have two children?

25  A.   My two daughters and my wife came with me to visit the

```
1    Mullinnix.

2    Q.   What are your daughters' names?

3    A.   Laurie Ann and Tina Marie.

4    Q.   And what's Laurie Ann's last name?

5    A.   Well, she's deceased.

6    Q.   I'm sorry to hear that.  When did she pass away?

7    A.   Six years ago, but she was married to a Williams.

8    Q.   Did Laurie Ann have any children?

9    A.   Not of her own.

10   Q.   And I'm sorry, your other daughter's name?

11   A.   Tina Marie.  We're estranged from her.  She's up in New

12   Hampshire somewhere.  That's all we know about her.  She's been

13   a difficult child since she was 14 years old, and she continues

14   at 50 to be difficult.  Needless to say, we don't really have

15   anything to do with her.

16   Q.   Do you know whether or not she has any children?

17   A.   She has no children -- oh, sorry, she does, I'm sorry.

18   Q.   That's okay.

19   A.   Two, and they live here in Statesville.

20   Q.   And what are their names?

21   A.   Jessica Ashley and Logan Benjamin.

22   Q.   How old is Jessica?

23   A.   Twenty.

24   Q.   And how old is Logan?

25   A.   Sixteen.
```

1    Q.    Do they live with you?

2    A.    No, they live with their father.

3    Q.    And what's their father's name?

4    A.    Jeffrey Lambert.

5    Q.    And do you see your grandchildren?

6    A.    Yes.

7    Q.    How often do you see them?

8    A.    Well, when COVID was here, we didn't see them very much

9    because they weren't vaccinated and where I live -- and where I

10   have what I have I have to be careful to not catch anything

11   doing this chemo stuff, not even a cold.  You know, the

12   slightest thing can throw everything off.  So sometimes they

13   would come and through the glass door they would do hearts.

14   Q.    And --

15   A.    But that's it, and they've all been vaccinated and

16   boostered.

17   Q.    Oh, good.  So do you get to see them now?

18   A.    We get to see them.  We had Thanksgiving with them, the

19   Saturday after Thanksgiving, and that was nice.

20   Q.    Before COVID were you able to see them on a regular basis?

21   A.    Oh, yes.  In fact, if you go back to 2009, that was

22   basically our job, was to take care of the kids, and we'd

23   rotate with the other grandparents every other week.  So we all

24   had duties.

25   Q.    You all had your assignments?

1    A.    That was work enough.

2    Q.    I'm sure.  And the home that you live in, you own that

3    home, correct?

4    A.    Correct.

5    Q.    Is there a mortgage on the house?

6    A.    No.

7    Q.    Do you own any other property or houses?

8    A.    No.

9    Q.    All right.  So sorry for that little sideways trip.

10          So you said you started having symptoms in the fall of

11   2020, correct?

12   A.    Correct.

13   Q.    And what were those symptoms?

14   A.    Well, I was getting somewhat short of breath and had to

15   have some oxygen.  And then they ran some scans, and during one

16   of the scans the person who read it said they needed to

17   investigate it further, and that's when they recommended the

18   biopsy.

19   Q.    And that was a biopsy that was done at the VA?

20   A.    Yes, in Salisbury.

21   Q.    Okay.  And it was after that that you got the second

22   opinion at Duke?

23   A.    Yes, but during the time that they did the biopsy, they

24   had the lab at Salisbury VA check it out, and they weren't a

25   hundred percent sure, so they sent it to a lab in Silver

```
 1    Springs, Maryland to be further examined, and that's when they
 2    said it was definitely mesothelioma.
 3    Q.   Okay.  And between that time, when you got the results
 4    back from the lab in Maryland, and when you went to get the
 5    second opinion at Duke, did you have any treatment or surgeries
 6    of any kind?
 7    A.   No.
 8    Q.   Okay.
 9    A.   Just that biopsy that was done.
10    Q.   And when you went to Duke, did they do their own biopsy or
11    did they look at the material that had already been taken?
12    A.   They looked at the materials that had already been taken.
13    Q.   And what was the opinion that you received from the
14    doctors at Duke?
15    A.   That's what I had and that I needed the surgery, and there
16    were a couple of options.  One option was that they thought
17    they should go in there and take care of what needed to be done
18    in a couple or three hours, but it ended up being like seven
19    hours because of the issues.
20    Q.   Okay.
21    A.   And --
22    Q.   I'm sorry.  Can I stop you for a moment?  Because I don't
23    want to get too far ahead of ourselves.
24         So it was decided that you were going to have surgery.
25    A.   Yes.
```

1    Q.    And did you have any chemotherapy before you had surgery?

2    A.    No.

3    Q.    And you had surgery at Duke, correct?

4    A.    At Duke, but it took a while to get in because of the

5    COVID and how far backed up they were.

6    Q.    Yeah.

7    A.    I went to Duke, I believe it was in February, and the

8    surgery didn't happen until May.

9    Q.    In between February of 2021 and when you went to Duke, and

10   when you went to have the surgery in May, did you have any

11   treatment of any kind in that stretch?

12   A.    No.

13   Q.    How did the doctors explain the surgery that you were

14   going to be having in May?

15   A.    Well, they thought they had to go in and based on the scan

16   that they, the PET scan, and they showed me a picture of it,

17   and they were just going to try to cut away what was

18   highlighted, but when they got in there, they found it was a

19   lot more involved than what they thought.

20   Q.    And so the surgery turned out to be more extensive than

21   they thought it was going to be when they went in?

22   A.    Very much so.

23   Q.    And you said is turned out to be a seven-hour surgery?

24   A.    That's correct.

25   Q.    How long were you in the hospital after that surgery?

1    A.    A week.

2    Q.    And did you spend some of the time in the intensive care?

3    A.    Most of that time was in intensive care.

4    Q.    When you were discharged from the hospital, did you go to

5    a rehab facility or did you go home?

6    A.    I went home.  My wife was scared to death.

7    Q.    And while you were in the hospital, what did the doctors

8    tell you about the results of the surgery?

9    A.    Well, they told me, when they got in there, they found

10   that there was a huge tumor, which somehow didn't show up on

11   the PET scan.  It was -- I believe it was because it was behind

12   the lung, if you will.  And they said it was a four-and-a-half-

13   pound tumor, so they had to rebuild my diagram, do something

14   with the sac around my heart, cut away call the pleura around

15   the lung, and do patchwork around the lung, and that's why it

16   took so much longer in time.

17   Q.    And which lung, right or left?

18   A.    Right.

19   Q.    And then you came home.  And did you have an outpatient

20   care at home, VA -- sorry -- visiting nurse, that type of

21   thing?

22   A.    No.

23   Q.    Did you have to do any type of rehab or therapy at home

24   through this process?

25   A.    No.

```
 1   Q.   Was there a period of time when you were confined to your
 2   bed at home?
 3   A.   Not really, because I forced myself to get up every day.
 4   Q.   Good for you.
 5        Now, I know that you wear oxygen pretty much 24 hours a
 6   day.  When did that start?
 7   A.   That's been most recent.  I mean, since the surgery, it
 8   even seems to be worse.  And I was told that in four weeks'
 9   time I wouldn't even need the oxygen, but that hasn't been the
10   case.
11   Q.   Okay.  So now --
12   A.   In fact, I'm waiting --
13   Q.   Go ahead.
14   A.   In fact, I'm waiting now for a pulmonary through Community
15   Care that I can go and see, because I want a second opinion on
16   this one as well, because I didn't get care for the -- I didn't
17   care for the opinion I got from the pulmonary doctor from the
18   VA in Salisbury.
19   Q.   And what opinion -- what was the opinion the pulmonary
20   doctor gave you?
21   A.   He didn't even look at me.  He looked at away and he said,
22   This is the way it's going to be.  He said, This is how it is.
23   He says, There's nothing more we can do.  And I'm like, I never
24   saw this man before, it was my very first visit, and I wasn't
25   happy.
```

1   Q.   So you're going to see somebody else and get another

2   opinion?

3   A.   I hope so.  I'm going to be calling them tomorrow because

4   I didn't want to do anything that would interfere with this

5   week.

6   Q.   My understanding is you told us yesterday you had five

7   treatments of chemotherapy and you're going to have your sixth

8   next week, right?

9   A.   Yes, on the 14th.

10  Q.   Can you describe for me the side effects that you had from

11  the chemotherapy?

12  A.   Oh, the tiredness.  It's horrendous.  I talked to the

13  oncologist about it and she said it's going to get worse with

14  each one -- so and I've been experiencing it worse with each

15  one.  I mean, sometimes I'll get up out of bed, sit, have

16  breakfast with my wife and sit and have a coffee or whatever.

17  Four or five hours, I'm ready to go back to bed, and I go back

18  to bed.  And yeah, it's been rough.  And the tiredness, the

19  loss of appetite.  I mean, I've lost 40 pounds throughout this

20  thing.

21  Q.   And, Mr. Cook, I'm sorry that I didn't get a chance to

22  meet you in person, but you and I have been sitting down over

23  Zoom.  So can you tell me how tall you are?

24  A.   5'8".

25  Q.   And how much did you weigh before you were diagnosed with

1    mesothelioma?

2    A.   Well, before that -- I mean, it goes back probably a

3    year -- I was 205.

4    Q.   And other than the tiredness, have you had any other side

5    effects from the chemo?

6    A.   Oh, yeah.  I'm nauseous part of the time.  You have pills

7    for that.  And it's just been rough.

8    Q.   And I understand from our -- a little bit from our

9    conversation yesterday that after your sixth chemo, you'll have

10   another set of scans and meet with your team again; is that

11   correct?

12   A.   Well, I'm supposed to go back to Duke on the 14th of

13   January, and I'm sure they're going to want to do more scans.

14   And they will have already conferred with Dr. Sholar, I'm sure,

15   and I'm sure they're going to have a game plan, but I'm not

16   sure what that game plan is.

17        All I do know is they originally wanted me to have

18   four chemos, but then because of the date of the appointment at

19   Duke, they wanted to make sure that I still had the chemo in my

20   system when I go to Duke.

21   Q.   So that's why you ended up with two more chemotherapy

22   treatments?

23   A.   Two more, correct.

24   Q.   Okay.  Mr. Cook, can you tell me what are some of the

25   things that you were able to do before you were diagnosed with

1   mesothelioma that you cannot do now?

2   A.   Oh, gosh, I could mow the lawn, I could walk down the

3   street.  I mean, lots of things.  I mean, just going out with

4   my wife and -- you know, before COVID I'm talking, we would go

5   out.  But during COVID, we've been housebound pretty much

6   because we were so fearful of catching stuff that's going to

7   put me behind where I should be.

8           But now, I mean, it's a struggle.  It's a struggle to

9   get up off this chair and go to the bathroom.  And if I get up

10  off this chair and my oxygen level says 92 and I carry the

11  oxygen with me to the bathroom, by the time I get back here it

12  would be down to 65.  I mean, it drops that quick, even with

13  the oxygen on.  So something's gotta get done.

14  Q.   Well, I hope something does get done for your sake.

15          You talked a lot about the care that you've gotten at

16  the VA.  Do you know if you've had any out-of-pocket expenses

17  related to your treatment, surgery, care to date?

18          MR. BRALY:  We already have the stipulation on that,

19  so let's just go to 41, line 2.

20  Q.   And have you had to pay people to do things around the

21  house that you used to be able to do that now you can't, for

22  example, mow the lawn?

23  A.   Yes, such as mowing the lawn, yes.

24  Q.   And, Mr. Cook, have you spoke with any of your doctors

25  about your prognosis?

1    A.   No, because we're not sure what that is yet.  Now --

2    Q.   And you're meeting in January?

3    A.   Yes.  What -- the oncologist in Salisbury, he's hoping I

4    can get on immunotherapy, but we don't know.

5         MR. CHAPMAN:  That completes the testimony of

6    Mr. Cook.

7         (Pause.)

8         MR. BRALY:  Your Honor, at this time the plaintiffs

9    call Linda Cook.

10        THE COURT:  While Mrs. Cook is coming up to the stand,

11   if you guys want to stand up and move around a little bit, you

12   can do that.

13        Mrs. Cook, I'm sure you've heard me on this, but the

14   microphone moves backwards and forwards and up and down.

15        THE CLERK:  Are you all set?

16        MR. BRALY:  Yes, I am.

17        THE CLERK:  Can you please raise your right hand.

18        LINDA COOK, having been duly sworn by the Clerk, was

19   examined and testified as follows:

20        THE CLERK:  Thank you.

21        MR. BRALY:  Are we broadcasting on all monitors?

22        THE CLERK:  This is a demonstrative?

23        MR. BRALY:  Yes, this has all been shown to defense,

24   too.

25                         DIRECT EXAMINATION

```
 1    BY MR. BRALY:

 2    Q.   Hi.

 3    A.   Hi.

 4    Q.   You've been here with us in this trial for the last couple

 5    of weeks, and this is kind of your first opportunity to

 6    introduce yourself to the jury, so why you don't you go ahead

 7    and tell them who you are.

 8    A.   My name is Linda Cook, and my husband was Roland Cook.

 9    Q.   You live in Statesville, North Carolina.

10    A.   I do.

11    Q.   And you came up here to be with us.

12    A.   Yes.

13    Q.   All right.  How are you feeling?

14    A.   Nervous.

15    Q.   I can imagine.  I kind of am, too, but we'll get through

16    this together, okay?

17    A.   Okay.

18    Q.   I want to talk to you about your husband, and then I want

19    to talk to you about the two of you.

20    A.   Okay.

21    Q.   Can you tell us who this guy is right here?

22    A.   That is my husband, Roland.

23    Q.   This is obviously back when he was in the Navy.

24    A.   Mm-hmm.

25    Q.   When you met him, just tell us about how you met him.
```

1    What happened?

2    A.   Well, I was actually dating his cousin Percy, and Percy

3    decided to invite him along on one of our dates, and we went to

4    Pine Speedway, to the racetrack, and Roland and I got a look at

5    each other and that was it.

6    Q.   No more Percy?

7    A.   No more Percy.

8    Q.   That was Roland's cousin, though?

9    A.   Roland's cousin.

10   Q.   So how did that make Thanksgiving, because that's got to

11   be a little bit awkward.

12   A.   I don't think that they actually -- Roland might have been

13   gone by that time, so, you know --

14   Q.   When did this happen?  When did you meet Roland?

15   A.   In 1965.

16   Q.   Okay.  So this is right before he shipped out.

17   A.   Yes.

18   Q.   And then he headed away to Vietnam?

19   A.   Actually, we had a chance to date from September-ish of

20   '65, and then in June of '66 I graduated from high school, and

21   he had a chance to attend my baccalaureate, but he was shipping

22   out before the graduation.

23   Q.   Okay.  You guys were just kids, weren't you?

24   A.   We were kids, yes, indeed.

25   Q.   Tell us about your relationship when he was in Vietnam.

1    Was that hard being so far way?

2    A.   It was very hard.  We were writing frequently, and my

3    family, after a couple of months, didn't like the fact that I

4    was staying in the house so much and not doing anything, so I

5    was being pushed in a number of directions to date, and so I

6    did let Roland know, sadly, that I would be dating other

7    people, and he didn't like that.

8    Q.   No, I can imagine.

9    A.   Because he was perfectly willing to just, you know, wait.

10   But because I was trying to do what my family wanted me to, I

11   dated quite a few people.

12   Q.   Any of them measure up to Roland?

13   A.   Well, let's just say during that time I found that Roland

14   was a prince amongst a bunch of toads.

15   Q.   When he came back, when he came back in '68 --

16   A.   When he came home on leave?

17   Q.   Well, of course.  When you saw him during this time, I

18   mean, did you guys just get right back to being together?

19   A.   Every time he came home on leave, we went out.  Every time

20   we went out, he would ask me to marry him.  I would say, Not

21   right now.  And he would ask every time, and then finally in

22   '68, July of '68, I think it was, I finally said okay, yes.

23   Q.   All right.  And then you guys got married on September

24   14th, right?

25   A.   In September.

1   Q.   September 14th?

2   A.   September 14th.

3   Q.   My wife is going to be real mad that I knew your

4   anniversary.

5        But it was right after the start of trial, it would

6   have been your 55th wedding anniversary?

7   A.   Yes, yes.

8   Q.   Who are these two kids?

9   A.   That's us.

10  Q.   So you -- how old were you and how old was he when you

11  guys got married?

12  A.   I was 19, he was 20.

13  Q.   Where did you guys get married?

14  A.   In Amesbury.

15  Q.   Who are these two kids?

16  A.   Same two kids.

17  Q.   We're going to see a lot of pictures, and for a person

18  like myself, it's something I notice, but Roland goes beard on

19  and beard off a lot of times?

20  A.   Many, many times, yes.

21  Q.   So this is one of the beard off times.

22  A.   Yes.

23  Q.   That's a side story.  But, you know, we just heard from

24  the testimony, and I know it's awkward listening to me read on

25  the part of your husband, but we heard him talk about your

```
 1   children.

 2   A.    Yes.

 3   Q.    Who is this?

 4   A.    This is Roland and myself and our oldest daughter, Laurie.

 5   Q.    Okay.  When was Laurie born?

 6   A.    Laurie was born in April of '69.

 7   Q.    So you guys were just, what, starting your life out

 8   together here.

 9   A.    Yes.

10   Q.    What's this?

11   A.    That's Laurie a little older.  That was taken at Lake

12   Chocorua at the bottom of Mt. Chocorua.  We used to like to

13   hike in that area.

14   Q.    Any memories about hiking with Laurie on this trip that

15   kind of stand out to you?

16   A.    Yes.  Laurie was Type I diabetic.  So frequently, you

17   know, I had to pack extra stuff and I miscalculated that day,

18   and we were almost to the top of Chocorua when we realized that

19   we'd better head back down because I didn't have enough stuff.

20   But she was fine.

21   Q.    Right.  And then who are we looking at here?

22   A.    Okay.  On the left is our daughter Tina, and on the right

23   is our daughter Laurie, on, of course, Roland in the middle.

24   Q.    Beard on?

25   A.    Beard on.
```

1    Q.   Yes.  So, you know, the last part of this testimony, I

2    know it went on for a very long time, but the last part of this

3    we were talking about Laurie being gone and Tina being absent.

4    Can you just tell us kind of what happened with your daughters?

5    A.   Well, Laurie moved here, moved to North Carolina with us

6    when we left, and she got a job there, and Tina, well, a year

7    and a half before, she had run away from home, and she -- from

8    the time she was 14 she was a difficult child.  She just didn't

9    want to abide by the rules of the house.  She had a boyfriend

10   that influenced her very much and she just left.

11        When we told her we were moving to North Carolina, she

12   was kind of back and forth on whether she was going to go or

13   not.  And then the night before we left, she showed up with

14   several bags of her stuff and we were fine, we were happy, you

15   know, but early the next morning she said, Can't go, and she

16   had her boyfriend, that current boyfriend come and pick her up.

17        So we made the trip down with Laurie by car and over

18   the years we kept contact with Tina, but -- and she would come

19   to visit occasionally.  She eventually married that young man,

20   and then there was conflict in the marriage.  I didn't know it

21   at the time, but she had already started abusing prescription

22   medications.  So in 1996, I believe, she came to live with us,

23   and she got a job as a CNA, and I still suspected, but it

24   wasn't -- evidently, she kept it hidden quite well.

25   Q.   So she was having troubles?

```
 1  A.    Yeah, yeah, still with the prescription medications.  But
 2  she went on to marry a young man from North Carolina, the
 3  father of our grandchildren, Jeffrey Lambert, and during that
 4  time she seemed like she was getting worse.  She wasn't happy.
 5  Q.    Right.
 6  A.    She had the two kids, she wasn't happy, and then he was
 7  telling us that she was really abusing.
 8  Q.    Okay.
 9  A.    Specifically Adderall and Ambien.  And it caused a big
10  rift in their marriage, and so he started proceedings for
11  divorce.  He didn't want to, but he couldn't see any other way.
12  So she wouldn't attend the mediation --
13  Q.    Honestly, I don't think we need to get into the
14  proceedings so much.
15  A.    Okay, very good.
16        But, anyway, needless to say, at that point things
17  didn't go well and she -- she left and was living with someone
18  else.
19  Q.    Okay.
20  A.    And we found out when she had the kids on her time that
21  she wasn't always staying at the home.
22  Q.    Did you and Roland -- did you lose touch with her?
23  A.    Yes, eventually we did.  Yeah.
24  Q.    Was that hard for him?
25  A.    It was extremely hard for him.
```

1    Q.    Was it hard for you?

2    A.    It was hard for me, yes.

3    Q.    Did you have each other to support each other?

4    A.    Most definitely, most definitely.  We were in total

5    support of what we were doing, you know, making sure that the

6    grandchildren were safe.

7    Q.    Right.

8    A.    Period.

9    Q.    Right.  With -- I don't mean just to bring up bad things,

10   but Laurie, too, Laurie passed.

11   A.    Yes.

12   Q.    Do you just want to tell us about that event.

13   A.    In 2015, Laurie got very kick, and she was very sick and

14   we picked her up from work and brought her home, but that night

15   her husband called and said she's bad.  So we said, Call an

16   ambulance.  And by the time they got her to the hospital --

17   well, she was unconscious at the house.  I can't remember the

18   terminology that they used.  She was breathing this certain

19   way.  It was enough to give her oxygen but she was unconscious.

20        So they put her in a coma, and they tried and tried to

21   figure out what was wrong, and after about six days, we had her

22   transferred to Charlotte from the local hospital, and the

23   specialist there said she needs open heart surgery.  So when

24   they brought her in for the open heart surgery, it was found

25   that the valve at the back of the heart had pretty much just

```
 1    kind of blown apart, and she passed away on the table.
 2    Q.    I'm so sorry.
 3    A.    Thank you.
 4    Q.    Again, in times of unspeakable tragedy, was it just you
 5    and Roland that are there for each other?
 6    A.    Yeah, yeah, pretty much.
 7    Q.    Let's talk about something happier.
 8    A.    Okay.
 9    Q.    What's he doing?
10    A.    Posing next to his baby.  He built that car from a kit.
11    Q.    All right.  Like he got a kit like in the mail?
12    A.    A kit -- well, he actually purchased it from another man
13    who started on, got frustrate of decided it wasn't for him.  So
14    he bought it in pieces, and he put it all together and got it
15    running.
16    Q.    It was the kind of thing he liked doing?
17    A.    Oh, yeah, yeah.  He liked tinkering.
18    Q.    So we've heard him talking about -- well, him in his
19    deposition talking about lawnmowers and engines and all of this
20    stuff.  He liked to tinker, right?
21    A.    Yes.
22    Q.    So is this a Briggs & Stratton engine he's working on?
23    A.    We went into a store one day and that just happened to
24    there, and he said, hey, get a picture of this just to show he
25    worked on anything.
```

1    Q.   You mentioned your grandchildren.

2    A.   Yes.

3    Q.   Again, we're kind of going beard on a little bit.

4    A.   A little bit yes.

5    Q.   Who is this?

6    A.   This is our granddaughter Jessica.

7    Q.   Okay.  And who are these guys?

8    A.   This is Jessica and her brother Logan with Roland.

9    Q.   Okay.  And they live close to you guys?

10   A.   Yes, they do, in the same town.

11   Q.   That's great.

12   A.   Yeah.

13   Q.   I have to mention the beard-off Roland.

14   A.   Oh, yes.

15   Q.   What's this?

16   A.   This is our coffee group.  We, up until recently, were

17   meeting daily to have coffee and talk about everything, you

18   know, that old people talk about.

19   Q.   And you did this every day?

20   A.   We did it every day, yes.

21   Q.   Okay.  I mean, was this like your social meeting for the

22   morning?

23   A.   It was a social meeting for the morning.  These were all

24   other people who came from other states.

25   Q.   Oh, wow.

1    A.    So, you know, the people closest to Roland and me at the

2    front, they came from Rhode Island.  The next ones came from

3    New Jersey.  Next ones Maryland.  And the ones on the end came

4    from Maine.

5    Q.    So you wouldn't meet with all these people from out of

6    state every day?

7    A.    They lived there.  They were all transplants.

8    Q.    Transplants --

9    A.    I'm sorry.

10   Q.    You confused me there for a second.

11   A.    They're all transplants.

12   Q.    So these were all of the people from up north who had

13   moved down to North Carolina?

14   A.    Yeah.

15   Q.    Did people jockey for position to talk to Roland?

16   A.    Always.

17   Q.    Why?

18   A.    I don't know.  It seemed like everybody liked talking to

19   him, so they gravitated towards him.

20   Q.    So you guys were married for more than 50 years?

21   A.    Mm-hmm.

22   Q.    Did you enjoy doing things like this with Roland?

23   A.    Very much, yeah.

24   Q.    This is an awkward question, because we all have

25   relationships and experiences, but what did you like doing with

1   Roland?

2   A.   With Roland it was easy.  We were -- we often discussed

3   it, we were soulmates.  We just like being in the presence of

4   each other, whether we were going for a walk, a drive, which we

5   did frequently on the Blue Ridge Parkway, that was one of our

6   favorite things to do, just spending time up there,

7   familiarizing ourselves with some of the floral, and we did

8   hike a couple of shorter trails.  I wasn't real good at those

9   trails.  Just spending time together.  It was easy.

10  Q.   Did you guys like to go on vacation?

11  A.   Always the same places.

12  Q.   Where would you go?

13  A.   Amish Country in Pennsylvania.  That was his absolute

14  favorite.

15  Q.   All right.  So now, beard-on Roland here, what is he

16  doing?

17  A.   Oh, he's eating ice cream at his favorite farm to visit

18  there.

19  Q.   What about this one?

20  A.   That's the same farm.

21  Q.   Okay.  And you guys went there every year?

22  A.   Every year.

23  Q.   All right.

24  A.   I think 2019 was the last time we went.

25  Q.   All right.  And that, as a person with a beard, that is a

1    beard that a person with a beard envies.  But that's at the

2    same place, right?

3    A.    Yes.

4    Q.    So, you know I have to ask you about the events of why

5    we're here.  The next series of photographs I'm going to show

6    you have to do with that.

7    A.    Okay.

8    Q.    And we all heard Dr. Holstein here talk about his review

9    of medical records, but you were there, you were there.  So why

10   don't you tell us about what happened during 2020 that kind of

11   started this whole situation.

12   A.    Okay.  In 2020, about three days before Christmas, we got

13   the call from the doctor that the biopsy -- the tests that they

14   had done to that point showed that it could possibly be

15   cancerous, and she wanted to do the biopsy.  And we were

16   driving on the interstate from one of our drives, I believe we

17   had probably been up to the parkway that day, and we were

18   driving back, and Roland had to pull over because what she was

19   saying was quite unsettling, and she did ask him, she said, Are

20   you driving, and he said, Yes.  She said, Well, you might want

21   to pull over.  So we did, and she delivered the news that it

22   was most likely cancer.

23          And he was quite devastated by it, as one would

24   expect, and so we took what we had and she said she'd be in

25   touch with the arrangements for the biopsy.  So we went home

1    and we cried, and held each other and cried.

2    Q.    Did you all know much about mesothelioma at that point or

3    what --

4    A.    No, I mean, we had heard about it, you know, but didn't --

5    we weren't real familiar with what it was, what it entailed,

6    what the prognosis was, none of that.

7    Q.    You all were scared, though?

8    A.    We were scared, yeah.

9    Q.    Okay.  After the start of the New Year, 2021 being the New

10   Year, what -- what was the plan?  What were you guys going to

11   do?

12   A.    Roland was a very, very optimistic person, and he -- if

13   there was any surgery possible, he was going to follow through.

14   I would have preferred that he didn't do the surgery, and I

15   said that to him, but he says, you know, he says, I have to

16   try.  He says, You know I don't give in that easy.  So I said,

17   Okay.  Okay, I support whatever your decision is.  And so once

18   we got the biopsy and the results of the biopsy and then trying

19   to set up a meeting with Dr. Harpole for the second opinion,

20   which the doctor at the VA had said -- Dr. Willis said to him

21   it's your right to get a second opinion.  So we did, and

22   Dr. Harpole felt like he could go in there and remove it.

23   So -- but the problem was trying that -- because of COVID

24   trying to get in there in a timely fashion.  So by the time we

25   got in there, it was May.  That's when they did the surgery, on

1    May 19th.

2    Q.   What were your hopes going into the surgery?

3    A.   I think my hopes and expectations were lower than what his

4    were.  I think he thought this was, based on what he was being

5    told, he was very hopeful it was going to give him another two

6    or three years.

7            I feared that the surgery would make him weaker, and

8    it did.  He did not have the quality of life once he had that

9    surgery.

10   Q.   He described in his testimony the removal of four and a

11   half pounds of tumor?

12   A.   That is what Dr. Harpole told us, that he was surprised

13   when he got in that there was that much, and when he weighed

14   it, it was about four-and-a-half pounds.

15   Q.   What was -- what was Roland like after the surgery?

16   A.   He was -- he was in pain and a very deflated individual,

17   trying still to stay positive.  But it was hard, it was hard to

18   watch.  He was -- he was in so much pain that when he would lay

19   down in the afternoon he would tell me -- he says, Nothing

20   against you, he says, but I pray every day that God will just

21   take me.  He said, I don't know how much more I can take.  And

22   I said I understood.  I knew he didn't want to leave me, but I

23   knew it was too much.

24   Q.   I have a picture that you've given to me, you've seen it,

25   and I'm going to show it to you, okay, you know which one it

1    is.

2          This picture of Roland, for the testimony that we were

3    just reading, how close in time from that testimony and that

4    picture was taken.

5    A.   This was probably within, I'd say, two or three months

6    because I had -- it got worse.  They -- he just became more and

7    more pale and drawn and I was -- you could just see on his face

8    how much it was taking out of him.

9    Q.   Did he continue fighting?  I mean, did he keep trying?

10   A.   He tried, you know, he tried keeping a positive attitude,

11   and, quite honestly, until maybe two weeks before I think he

12   still had some kind of hope that he could push himself and get

13   through this.

14   Q.   We heard about the chemotherapy.  What did chemotherapy do

15   to him?

16   A.   It weakened him to the point that it -- I mean, we had to

17   finally get a walker so that he could stand up, get out of the

18   chair, and I would help him get undressed at night.  He

19   couldn't even bend over to get his pants down or take his shoes

20   off.  Yeah, it was difficult.

21   Q.   For somebody -- for somebody who had been kind of in the

22   family role that he had been in for as many years as he had

23   been in, was this hard for him to have to be taken care of?

24   A.   Oh, yeah.  He kept apologizing.  Everything he had to

25   asked me do, he'd apologize.

1   Q.   I want to -- we're almost through, okay.  I want to talk

2   to you about the beginning of 2022.  Was there a decision made

3   to stop doing chemotherapy?

4   A.   He had completed his six treatments in December, and Dr.

5   Sholar felt like there wasn't any point in doing any more, and

6   we did keep our appointment on January 14th with Dr. Harpole in

7   Duke, and he just -- I could hear what he was saying, but I

8   don't think Roland wanted to hear what he was saying, that this

9   was the way it was going to be, there was nothing more he could

10  do.

11        So we went home from Duke, did a lot more crying

12  together.  He kept getting worse, the breathing was horrible.

13  Every time he moved, it would drop down into the 60s.  He was

14  getting to the point it wasn't even getting into the 90s

15  anymore.  He was lucky if it was in the 80s.

16        So on February 14th of '22, we had -- he forced

17  himself to make it out to the car, and we went and got our

18  coffee and sat at the park like we did every morning during

19  COVID, and we drank our coffee, and we went back home, and he

20  could hardly get back into the house.

21        When we got in, just coincidentally at that moment, he

22  sat down in the chair near his desk and the phone rang, it was

23  the nurse from the VA checking, just normal checkup, and she

24  could hear the panic in my voice, and I told her, I said, We

25  just got in from having a coffee, I said he went up five

```
 1   stairs, I said, he can't breathe.  His oxygen level is like at
 2   63.  And she says, Get him to the emergency room now.  And that
 3   was the last time he was in our home.
 4   Q.   This picture here, is this from the hospital?
 5   A.   That is from the continuous care center down in Charlotte.
 6   This is like a few days before we transferred him to the VA in
 7   Salisbury.  This was when he, I think, really started realizing
 8   that he wasn't ever going home again, and that's when he said
 9   to me, he said, I'm never going to go home again.  And I said,
10   No, I don't think so.  And he was trying to come to terms with
11   that fact.
12   Q.   You know, in this photo, you're smiling.
13   A.   Got to try.
14   Q.   Got to try.
15        Do you remember when they told you?
16   A.   Mmh?
17   Q.   Do you remember when they told you?
18   A.   That he had passed?
19   Q.   Yeah.
20   A.   Yes, I remember.
21   Q.   We don't need to talk about that.
22   A.   Okay.
23   Q.   Do you keep anything with you?
24   A.   That's his last pair of glasses.  I use them as my reading
25   glasses now.  We both had cataract surgery and just
```

1  coincidentally needed the same number.

2  Q.  Roland's been gone now for a little over a year.  Since

3  he's been gone, can you just give us an idea of what your life

4  is like now without him here.

5  A.  It's like a piece of me is gone.  Excuse me.  Yeah.

6  It's -- the piece of me is gone.  I miss him very, very much.

7  Q.  I'm sorry for having to ask you these questions.

8  A.  I know that.

9          MR. BRALY:  I'll pass the witness.

10          MR. FITZPATRICK:  Are you okay, Mrs. Cook?

11          THE COURT:  I was just going to ask, would you like a

12  break before we go on?

13          THE WITNESS:  No.

14          THE COURT:  Are you sure?

15          THE WITNESS:  I'm sure.

16          THE COURT:  Go ahead, Mr. Fitzpatrick.

17          MR. FITZPATRICK:  I'll keep in short.

18                  CROSS-EXAMINATION

19    BY MR. FITZPATRICK:

20  Q.  Are you still nervous?

21  A.  Yes.

22  Q.  Mrs. Cook, on behalf of Foster Wheeler, we're sorry for

23  the passing of your husband.  He was a good man, you had a good

24  marriage, and God bless him for serving our country.

25          And those are all the questions I have.

```
 1              THE COURT:  Redirect?

 2              MR. BRALY:  No, Your Honor.

 3              THE COURT:  You're excused, Mrs. Cook.

 4              THE WITNESS:  Thank you.

 5              MR. BRALY:  Your Honor, the plaintiffs rest.

 6              THE COURT:  My understanding is that this all went a

 7    little bit faster today than we had anticipated.  And I think

 8    by agreement the defendants have their first witness lined up

 9    for tomorrow morning.

10              Is that right?

11              MR. FITZPATRICK:  That is correct, Your Honor.

12              THE COURT:  Okay.  So we are going to adjourn for

13    today.  Your lunch is coming up at 1:00.  You're more than

14    welcome to sit up there and have lunch or take it to go or just

15    leave, whatever you want to do.

16              You've heard the full presentation of the plaintiffs'

17    case.  So this can sometimes be an easy time to start forming

18    opinions about what you think the outcome ought to be, but I'm

19    going to ask you to continue to keep an open mind because you

20    haven't heard the defendant's presentation on the other side of

21    it.

22              So keep an open mind, no conversations with anyone

23    about the case, no extracurricular research, and -- is tomorrow

24    Friday?

25              MR. BRALY:  Yes.
```

 1          THE COURT:  I think we'll go from 9:00 to 1:00

 2   tomorrow.  So we'll see everybody at 9:00, okay.

 3          Thanks very much.  Recess for the day.

 4          THE CLERK:  All rise for the jury.

 5          (Jury left the courtroom.)

 6          THE COURT:  What do you anticipating for tomorrow?

 7          MR. FITZPATRICK:  Your Honor, we will have Admiral

 8   Padgett.  I think from 9:00, he will go to probably 11:00 or

 9   11:30 with cross, and then our last two witnesses are Tuesday,

10   and we're done.

11          THE COURT:  So we probably won't make it until 1:00

12   tomorrow.

13          MR. FITZPATRICK:  No, I'm sorry.

14          THE COURT:  It's okay.

15          I'm going to circulate a draft of this charge today.

16   It's still rough and there's some issues, but it will at least

17   give you a starting point, and we can plan on having a charge

18   conference tomorrow afternoon after maybe we break for lunch.

19          MR. FITZPATRICK:  And, Your Honor, may I put a couple

20   of motions on the record --

21          THE COURT:  Yes.

22          MR. FITZPATRICK:  -- with your permission.

23          Obviously, at this time, Foster Wheeler would move for

24   the striking of the loss of consortium damages as not being

25   recoverable in a wrongful death action under maritime law.

1     *Miles v. Apex Marine*, 498 U.S. 19 (1990).  Congress limited

2     recovery in wrongful death cases under the Jones Act, Death On

3     the High Seas as to pecuniary damages.  Under Massachusetts law

4     we understand they can be recovered but a choice of conflict

5     exists and Massachusetts may not be applied where it's

6     materially different.

7             With respect to punitives, we also move to strike,

8     same reason.  Maritime does not permit punitive recovery,

9     damages in a wrongful death or survival action.  In furtherance

10    of the rule, numerous federal courts bar the imposition of

11    punitive damages under maritime law.  With Dutra, we filed

12    those motions so I don't want to waste your time.  You know --

13    I mean, we filed the brief or cited the cases.

14            Moreover, Judge, there's no evidence of egregious or

15    outrageous conduct.  The only evidence this Court has heard is

16    the Navy did the full studies and then one became a CEO of

17    Foster Wheeler.  Number two, the Navy controlled everything.

18    And number three, we went to a meeting in '68 where the whole

19    world was there basically, everybody -- so there's nothing that

20    was egregious that Foster Wheeler, that didn't make the

21    product, knew about asbestos.

22            So on that alone there's not sufficient evidence.  In

23    fact, Captain Moore said there is nothing that Foster Wheeler

24    knew that the Navy didn't know.  There was nothing Foster

25    Wheeler could tell the Navy.

1          So on that -- both bases, we would move to strike both

2     of us.

3          And, obviously, we don't forfeit our rights until we

4     decide, I guess, how your damages are going to be.  We don't

5     need to waive those rights.  So, Judge, I appreciate your

6     courtesy to let me put that on the record.

7          THE COURT:  Are you submitting in writing, or are you

8     going to rely on the oral presentation?

9          MR. FITZPATRICK:  Can I ask my expert?

10          (Discussion off the record.)

11          MR. FITZPATRICK:  If the Court would allow us, we

12     would appreciate to submit that by the end of today.

13          THE COURT:  That's fine.

14          I have -- I'm sure you've all done your research on my

15     practices.  I have never thrown out a claim before a jury

16     verdict.

17          MR. FITZPATRICK:  I understand, Judge.  That's why

18     they pay you the big bucks.

19          THE COURT:  I have thrown it out after a jury verdict

20     and was reversed and -- so I'll take a look at it.

21          You know, with regards to the gross negligence or the

22     reckless conduct, I hear you on that, but at this point I think

23     that's a factual issue for the jury.  And I'll take a look at

24     the other two just because I'm not as familiar with the

25     intersection between maritime and Massachusetts law.

1          MR. FITZPATRICK:  All right, Judge.  Thank you for

2     your time.

3          THE COURT:  Would you like to be heard on that?

4          MR. BRALY:  Briefly.  As it relates to the maritime

5     issue, you'll finding cases cited by Foster Wheeler almost

6     unanimous require the predicate filing of a recovery action

7     under the Jones Act or the Death on the High Seas Act and we

8     pled neither.

9          That's not -- maritime general common law is a thing

10    that applies to these cases, and there's never been any case

11    holding that under maritime common law that these damages are

12    not recoverable, which is why this request was denied in the

13    Pritt case, which is pending in this courthouse, and why this

14    was denied earlier.

15         When you review the cases, you will notice that they

16    are all in association with a Jones Act claim, which is a quasi

17    workers' compensation action that we couldn't bring even if we

18    wanted to, and Death On the High Seas Act, which, again, is

19    inapplicable to the type of injury Mr. Cook had.

20         THE COURT:  All right.  It is my proclivity to send it

21    to the jury and to parse out the damages.  So if I'm wrong on

22    it, it can just be excised without us all having to do this

23    over again.  I'm quite sure that none of us want to do it over

24    again, particularly Mrs. Cook.  So I would rather have some

25    belt and suspenders and leave the Court of Appeals in a

1    position where they can figure out if what I did was wrong in a

2    way that doesn't require any of us to be here again.

3           MR. FITZPATRICK:  Judge, we have a pending motion on

4    that, and I think as a matter of law, that's why we had made

5    those.  But you'll have it --

6           THE COURT:  You have a pending motion on --

7           (Discussion off the record.)

8           MR. FITZPATRICK:  Our -- well, we have a pending

9    motion in Rule 58 -- 50(a).

10          THE COURT:  You have a pending motion on market share

11   theory of liability.

12          MR. BRALY:  Market share was DCo's motion.

13          THE COURT:  Oh, it was.  Okay.  So --

14          What other motions are pending.

15          MR. FITZPATRICK:  I'll ask my expert.

16          MS. MERCER-LAWSON:  He meant to say that Foster

17   Wheeler has pending on record as of this morning a motion for

18   judgment as a matter of law pursuant to Rule 50.  We just

19   wanted that to be on the record.

20          THE COURT:  Okay, I just haven't seen it yet, since I

21   was here with you people.

22          MR. FITZPATRICK:  That's my expert.

23          THE COURT:  I know, I can make a joke about behind

24   every good man, but I'm going to hold off.

25          MR. FITZPATRICK:  She's in front of me, Judge.

1          THE COURT:  All right.  So I'll get you a draft today

2     with the understanding hold your outrage because it's still

3     rough and see you -- we -- I don't need to see you on the jury

4     charge in the morning because we'll have the afternoon.  But if

5     there's anything else, I'll be on the bench as quickly as I

6     can, which will probably be 8:30, maybe a little later.

7          MR. FITZPATRICK:  Thank you, Your Honor.

8          THE COURT:  Thanks, everyone.  The case is recessed.

9          (Adjourned, 12:44 p.m.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                  CERTIFICATE OF OFFICIAL REPORTERS

2

3              Kelly Mortellite, RPR, RMR, CRR, and Debra M.

4    Joyce, RMR, CRR, FCRR, in and for the United States District

5    Court for the District of Massachusetts, do hereby certify that

6    the foregoing transcript is a true and correct transcript of

7    the stenographically reported proceedings held in the

8    above-entitled matter to the best of our skill and ability.

9                   Dated this  21st day of September, 2023.

10

11

12              /s/ Kelly Mortellite

13              _____

14              Kelly Mortellite, RPR, RMR, CRR

15              Official Court Reporter

16

17

18              /s/ Debra M. Joyce

19              _____

20              Debra M. Joyce, RMR, CRR, FCRR

21              Official Court Reporter

22

23

24

25